**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HYGEA HOLDINGS CORP. | : | Case No. 20-10361 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 20-0532605 |
| | : | |

-------------------------------------------------------- x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| HYGEA OF DELAWARE, LLC | : | Case No. 20-10360 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 81-3254830 |
| | : | |

-------------------------------------------------------- x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ALL CARE MANAGEMENT SERVICES, LLC | : | Case No. 20-10363 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 73-1696484 |
| | x | |

--------------------------------------------------------

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| FIRST HARBOUR HEALTH MANAGEMENT, LLC | : | Case No. 20-10364 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 81-1140941 |
| | x | |

--------------------------------------------------------

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| FIRST HARBOUR MEDICAL CENTERS, LLC | : | Case No. 20-10365 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 81-1163861 |
| | : | |

-------------------------------------------------------- x

```
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
                                                       :    Case No. 20-10366 (___)
FLORIDA GROUP HEALTHCARE, LLC                          :
                                                       :    Tax I.D. No. 47-1057956
            Debtor.                                    :
                                                       :
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
GEMINI HEALTHCARE FUND, LLC                            :    Case No. 20-10367 (___)
                                                       :
            Debtor.                                    :    Tax I.D. No. 46-3404928
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HYGEA ACQUISITION LONGWOOD, LLC                        :    Case No. 20-10368 (___)
                                                       :
            Debtor.                                    :
                                                       :    Tax I.D. No. 84-4551649
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
HYGEA ACQUISITION ORLANDO, LLC                         :    Case No. 20-10369 (___)
                                                       :
            Debtor.                                    :
                                                       :    Tax I.D. No. 84-4643507
------------------------------------------------------ x
                                                       :
                                                       :
In re:                                                 :
                                                       :    Chapter 11
HYGEA HEALTH HOLDINGS, INC.                            :
                                                       :    Case No. 20-10362 (___)
            Debtor.                                    :
                                                       :    Tax I.D. No. 27-2638926
                                                       :
------------------------------------------------------ x
```

2

------------------------------------------------------- x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 20-10371 (___) |
| HYGEA IGP OF CENTRAL FLORIDA, INC. | : | |
| | : | Tax I.D. No. 81-3899453 |
| Debtor. | : | |
| | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HYGEA IGP, LLC | : | Case No. 20-10370 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 84-4567724 |
| | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HYGEA MEDICAL CENTERS OF FLORIDA, | : | Case No. 20-10372 (___) |
| LLC | : | |
| | : | |
| Debtor. | : | Tax I.D. No. 81-4185301 |
| | x | |

-------------------------------------------------------

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HYGEA  MEDICAL PARTNERS, LLC | : | Case No. 20-10373 (___) |
| | : | |
| Debtor. | : | |
| | : | Tax I.D. No. 84-4614486 |

------------------------------------------------------- x

| | | |
|---|---|---|
| | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HYGEA OF GEORGIA, LLC | : | Case No. 20-10374 (___) |
| | : | |
| Debtor. | : | Tax I.D. No. 81-2545862 |
| | : | |

------------------------------------------------------- x

3

---------------------------------------------------------- x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
HYGEA OF PEMBROKE PINES, LLC                              :     Case No. 20-10375 (____)
                                                          :
          Debtor.                                         :     Tax I.D. No. 84-4626666
                                                          :
---------------------------------------------------------- x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
HYGEA PRIMUM ACQUISITIONS, INC.                           :     Case No. 20-10376 (____)
                                                          :
          Debtor.                                         :     Tax I.D. No. 84-4668567
                                                          :
---------------------------------------------------------- x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MEDLIFE ACTIVITY CENTER, INC.                             :     Case No. 20-10377 (____)
                                                          :
          Debtor.                                         :
                                                          :     Tax I.D. No. 46-2722311
---------------------------------------------------------- x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
MOBILE CLINIC SERVICES, LLC                               :     Case No. 20-10378 (____)
                                                          :
          Debtor.                                         :
                                                          :     Tax I.D. No. 45-5499758
---------------------------------------------------------- x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
PALM A.C. MSO, LLC                                        :     Case No. 20-10379 (____)
                                                          :
          Debtor.                                         :     Tax I.D. No. 82-2292585
                                                          :
---------------------------------------------------------- x

```
------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11
                                            :
                                            :    Case No. 20-10380 (___)
PALM ALLCARE MEDICAID MSO, INC.             :
                                            :
         Debtor.                            :    Tax I.D. No. 81-3996956
                                            :
                                            :
------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11
                                            :
PALM ALLCARE MSO, INC.                      :    Case No. 20-10381 (___)
                                            :
         Debtor.                            :    Tax I.D. No. 81-3890319
                                            :
------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11
                                            :
PALM MEDICAL GROUP, INC.                    :    Case No. 20-10382 (___)
                                            :
         Debtor.                            :
                                            :    Tax I.D. No. 65-0305028
------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11
                                            :
PALM MEDICAL MSO, LLC                       :    Case No. 20-10383 (___)
                                            :
         Debtor.                            :
                                            :    Tax I.D. No. 84-4587738
------------------------------------------------------- x
                                            :
In re:                                      :
                                            :    Chapter 11
PALM MEDICAL NETWORK, LLC                   :
                                            :    Case No. 20-10384 (___)
         Debtor.                            :
                                            :    Tax I.D. No. 06-1829158
                                            :
------------------------------------------------------- x
```

60437/0001-18916533v6

```
-------------------------------------------------------- x
                                                  :
In re:                                            :     Chapter 11
                                                  :
                                                  :
PALM MSO SYSTEM, INC.                             :     Case No. 20-10385 (___)
                                                  :
            Debtor.                               :     Tax I.D. No. 81-3292178
                                                  :
                                                  :
-------------------------------------------------------- x
                                                  :
In re:                                            :
                                                  :     Chapter 11
                                                  :
PALM PGA MSO, INC.                                :     Case No. 20-10386 (___)
                                                  :
            Debtor.                               :     Tax I.D. No. 81-3868468
                                                  :
-------------------------------------------------------- x
                                                  :
In re:                                            :
                                                  :     Chapter 11
                                                  :
PHYSICIAN MANAGEMENT ASSOCIATES :     Case No. 20-10387 (___)
EAST COAST, LLC                                   :
                                                  :
            Debtor.                               :     Tax I.D. No. 26-4097319
                                                  x
-------------------------------------------------------
                                                  :
In re:                                            :     Chapter 11
                                                  :
PHYSICIAN MANAGEMENT ASSOCIATES :     Case No. 20-10388 (___)
SE, LLC                                           :
                                                  :
            Debtor.                               :     Tax I.D. No. 27-1173883
                                                  x
-------------------------------------------------------
                                                  :
In re:                                            :
                                                  :     Chapter 11
                                                  :
PHYSICIANS GROUP ALLIANCE, LLC    :     Case No. 20-10389 (___)
                                                  :
            Debtor.                               :     Tax I.D. No. 27-3577824
                                                  :
-------------------------------------------------------- x
```

60437/0001-18916533v6

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
PRIMUM ALTERNATIVES, INC.                                :      Case No. 20-10390 (___)
                                                         :
            Debtor.                                      :      Tax I.D. No. 47-2347441
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
PRIMUM HEALTHCARE, LLC                                   :      Case No. 20-10391 (___)
                                                         :
            Debtor.                                      :      Tax I.D. No. 46-2130157
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
PROFESSIONAL HEALTH CHOICE, INC.                         :      Case No. 20-10392 (___)
                                                         :
            Debtor.                                      :
                                                         :      Tax I.D. No. 26-1796850
-------------------------------------------------------- x
```

## DEBTORS' MOTION FOR ENTRY OF ORDER
## (I) DIRECTING JOINT ADMINISTRATION OF CASES AND
## (II) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 2002(n)

Hygea Holdings Corp. ("HHC"), and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby move (this "Motion") the Court for entry of an order substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to sections 105(a) and 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 1005, 1015(b) and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting the relief described below.  In support thereof,

7

the Debtors refer to the contemporaneously filed *Declaration of Keith Collins, M.D. in Support of Chapter 11 Petitions and First-Day Pleadings* (the "<u>First Day Declaration</u>") and further represent as follows:

**<u>RELIEF REQUESTED</u>**

1.      The Debtors respectfully request entry of an order (a) directing the joint administration of the Chapter 11 Cases (as defined below) for procedural purposes only and (b) waiving the requirement that notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(n) and implementing a simplified caption to be used in all case pleadings.

2.      In particular, the Debtors request that the official caption to be used by all parties in all papers in the jointly-administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
                                           :
In re:                                     :     Chapter 11
                                           :
HYGEA HOLDINGS CORP., et al.,              :     Case No. 20-10361 (___)
                                           :
         Debtors.¹                         :     Jointly Administered
                                           :
-------------------------------------------------- x
```

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

3.      In addition, the Debtors request that the Court make a separate docket entry, substantially similar to the following, on the docket of each of the Debtors' Chapter 11 Cases other than the case of HHC:

> An order has been entered in this case consolidating this case with the case of Hygea Holdings Corp., Case No. 20-10361 (___) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 20-10361 (___) should be consulted for all matters affecting this case.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012.  This is a core proceeding under 28 U.S.C. § 157(b) and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

5.      Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

6.      The statutory and legal predicates for the relief requested herein are sections 105(a) and 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1015(b) and 2002(n), and Local Rule 1015-1.

## BACKGROUND

7.      On the date hereof (the "Petition Date"), each Debtor commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The Debtors have requested that the Chapter 11 Cases be jointly administered.  The factual background regarding the Debtors, including their business operations, their capital and

debt structure, and the events leading to the filing of the Chapter 11 Cases, is set forth in the First Day Declaration.

8.    The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

9.    To date, no creditors' committee has been appointed in the Chapter 11 Cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  No trustee or examiner has been appointed in the Chapter 11 Cases.

**BASIS FOR RELIEF REQUESTED AND APPLICABLE AUTHORITY**

10.    If two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order the joint administration of the estates of the debtor and such affiliates.  Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 provides that an order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Bankruptcy Rule 1015, supported by an affidavit, which establishes that the joint administration of two or more cases pending in this Court is warranted and will ease the administrative burden for the Court and the parties.  Del. Bankr. L.R. 1015-1.

11.    The Debtors are all "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Thus, joint administration of the Debtors' Chapter 11 Cases is appropriate under Bankruptcy Rule 1015(b).

12.    The joint administration of the Chapter 11 Cases will promote efficiency by permitting the Clerk of the Court to use a single, general docket for the cases and to combine notice to creditors and other parties-in-interest of the Debtors' respective estates.  The Debtors anticipate that almost all of the papers, hearings, and orders in the Chapter 11 Cases will relate to

60437/0001-18916533v6

all of the Debtors.  Moreover, the use of the simplified caption set forth above will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

13.    The rights of the respective creditors and stakeholders of each of the Debtors will not be adversely affected by joint administration of these cases because the relief sought is purely procedural and will not affect parties' substantive rights.

14.    The Debtors also seek a waiver of certain requirements of Bankruptcy Rule 2002(n), which incorporates Bankruptcy Rule 1005 and provides that notices under Bankruptcy Rule 2002 contain certain information, including any other names used by the Debtors in the previous eight years.  Fed. R. Bankr. P. 2002(n).  The Debtors submit that use of the proposed simplified caption—which contains most, but not all, of the information required by Bankruptcy Rule 2002(n)—will provide sufficient information to parties-in-interest and ensure a uniformity of pleading identification.  In particular, all pleadings filed and each notice mailed by the Debtors will include a footnote listing all of the Debtors, the last four digits of their tax identification numbers and their addresses.  Moreover, the full tax identification numbers and all prior names used by the Debtors will be listed in the petitions filed by the Debtors, and such petitions are publicly available to all parties-in-interest, including on a website to be maintained by the Debtors' proposed noticing and claims agent, and will be provided by the Debtors upon request.  Therefore, the Debtors submit that the policies behind the requirements of Bankruptcy Rule 2002(n) have been satisfied.

15.    Courts in this district have granted similar relief in other cases.  *See*, *e.g.*, *In re Melinta Therapeutics, Inc.*, Case No. 19-12748 (LSS) (Bankr. D. Del. Dec. 30, 2019) [D.I. 48]; *In re Imerys Talc Am., Inc.,* Case No. 19-10289 (LSS) (Bankr. D. Del. Feb. 14, 2019) [D.I. 52]; *In re Maremont Corp.,* Case No. 19-10118 (KJC) (Bankr. D. Del. Jan. 23, 2019) [D.I. 26].

60437/0001-18916533v6

## **NOTICE**

16.     Notice of this Motion will be given to: (a) the U.S. Trustee; (b) counsel to the

Debtors' prepetition secured lender; (c) the parties listed on the Debtors' consolidated list of their

40 largest unsecured creditors; (d) the United States Securities and Exchange Commission;

(e) the Internal Revenue Service; (f) the Office of the United States Attorney for the District of

Delaware; (g) Delaware State Treasury; (h) Delaware Secretary of State, Division of

Corporations, Franchise Tax; and (i) all parties entitled to notice pursuant to Local Rules 2002-

1(b) and 9013-1(m).  The Debtors submit that no other or further notice is required.

## **NO PRIOR REQUEST**

17.     No previous request for the relief sought herein has been made to this Court or

any other court.

*[Remainder of Page Intentionally Left Blank]*

## **CONCLUSION**

The Debtors respectfully request that this Court enter an order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
        February 19, 2020

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
J. Kate Stickles (I.D. No. 2917)
Katherine M. Devanney (I.D. No. 6356)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
kstickles@coleschotz.com
kdevanney@coleschotz.com

– and –

Michael D. Sirota (*pro hac vice* admission pending)
Felice R. Yudkin (*pro hac vice* admission pending)
Jacob S. Frumkin (*pro hac vice* admission pending)
Michael Trentin (*pro hac vice* admission pending)
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
fyudkin@coleschotz.com
jfrumkin@coleschotz.com
mtrentin@coleschotz.com

*Proposed Counsel for Debtors and
Debtors-in-Possession*

60437/0001-18916533v6

EXHIBIT A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| HYGEA HOLDINGS CORP. | Case No. 20-10361 (___) |
| Debtor. | Tax I.D. No. 20-0532605 |

-------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| HYGEA OF DELAWARE, LLC | Case No. 20-10360 (___) |
| Debtor. | Tax I.D. No. 81-3254830 |

-------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| ALL CARE MANAGEMENT SERVICES, LLC | Case No. 20-10363 (___) |
| Debtor. | Tax I.D. No. 73-1696484 |

x
--------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST HARBOUR HEALTH MANAGEMENT, LLC | Case No. 20-10364 (___) |
| Debtor. | Tax I.D. No. 81-1140941 |

x
--------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST HARBOUR MEDICAL CENTERS, LLC | Case No. 20-10365 (___) |
| Debtor. | Tax I.D. No. 81-1163861 |

-------------------------------------------------------- x

------------------------------------------------------- x

In re:                                     :   Chapter 11
                                           :
FLORIDA GROUP HEALTHCARE, LLC              :   Case No. 20-10366 (___)
                                           :
     Debtor.      :   Tax I.D. No. 47-1057956
                                           :
------------------------------------------------------- x

In re:                                     :   Chapter 11
                                           :
GEMINI HEALTHCARE FUND, LLC                :   Case No. 20-10367 (___)
                                           :
     Debtor.      :   Tax I.D. No. 46-3404928
                                           :
------------------------------------------------------- x

In re:                                     :   Chapter 11
                                           :
HYGEA ACQUISITION LONGWOOD, LLC            :   Case No. 20-10368 (___)
                                           :
     Debtor.      :
                                           :   Tax I.D. No. 84-4551649
------------------------------------------------------- x

In re:                                     :   Chapter 11
                                           :
HYGEA ACQUISITION ORLANDO, LLC             :   Case No. 20-10369 (___)
                                           :
     Debtor.      :
                                           :   Tax I.D. No. 84-4643507
------------------------------------------------------- x

                                           :
In re:                                     :   Chapter 11
                                           :
HYGEA HEALTH HOLDINGS, INC.                :   Case No. 20-10362 (___)
                                           :
     Debtor.      :   Tax I.D. No. 27-2638926
                                           :
------------------------------------------------------- x

2

------------------------------------------------------- x

In re:                                                                        Chapter 11

HYGEA IGP OF CENTRAL FLORIDA, INC. :            Case No. 20-10371 (___)

      Debtor.                                              Tax I.D. No. 81-3899453

------------------------------------------------------- x

In re:                                                                        Chapter 11

HYGEA IGP, LLC                                              Case No. 20-10370 (___)

      Debtor.                                              Tax I.D. No. 84-4567724

------------------------------------------------------- x

In re:                                                                        Chapter 11

HYGEA MEDICAL CENTERS OF FLORIDA, : Case No. 20-10372 (___)
LLC

      Debtor.                                              Tax I.D. No. 81-4185301

-------------------------------------------------------

In re:                                                                        Chapter 11

HYGEA  MEDICAL PARTNERS, LLC                Case No. 20-10373 (___)

      Debtor.                                              Tax I.D. No. 84-4614486

------------------------------------------------------- x

In re:                                                                        Chapter 11

HYGEA OF GEORGIA, LLC                          Case No. 20-10374 (___)

      Debtor.                                              Tax I.D. No. 81-2545862

------------------------------------------------------- x

60437/0001-18916533v6

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
                                                        :    Case No. 20-10375 (___)
HYGEA OF PEMBROKE PINES, LLC                            :
                                                        :    Tax I.D. No. 84-4626666
              Debtor.                                   :
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HYGEA PRIMUM ACQUISITIONS, INC.                         :    Case No. 20-10376 (___)
                                                        :
              Debtor.                                   :    Tax I.D. No. 84-4668567
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MEDLIFE ACTIVITY CENTER, INC.                           :    Case No. 20-10377 (___)
                                                        :
              Debtor.                                   :
                                                        :    Tax I.D. No. 46-2722311
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MOBILE CLINIC SERVICES, LLC                             :    Case No. 20-10378 (___)
                                                        :
              Debtor.                                   :
                                                        :    Tax I.D. No. 45-5499758
------------------------------------------------------- x
                                                        :
                                                        :
In re:                                                  :    Chapter 11
                                                        :
PALM A.C. MSO, LLC                                      :    Case No. 20-10379 (___)
                                                        :
              Debtor.                                   :    Tax I.D. No. 82-2292585
                                                        :
------------------------------------------------------- x
```

4

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
                                                        :    Case No. 20-10380 (____)
PALM ALLCARE MEDICAID MSO, INC.                         :
                                                        :    Tax I.D. No. 81-3996956
        Debtor.                                         :
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
PALM ALLCARE MSO, INC.                                  :    Case No. 20-10381 (____)
                                                        :
        Debtor.                                         :    Tax I.D. No. 81-3890319
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
PALM MEDICAL GROUP, INC.                                :    Case No. 20-10382 (____)
                                                        :
        Debtor.                                         :
                                                        :    Tax I.D. No. 65-0305028
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
PALM MEDICAL MSO, LLC                                   :    Case No. 20-10383 (____)
                                                        :
        Debtor.                                         :
                                                        :    Tax I.D. No. 84-4587738
------------------------------------------------------- x

                                                        :
In re:                                                  :    Chapter 11
                                                        :
PALM MEDICAL NETWORK, LLC                               :    Case No. 20-10384 (____)
                                                        :
        Debtor.                                         :    Tax I.D. No. 06-1829158
                                                        :
------------------------------------------------------- x
```

5

```
-------------------------------------------------------- x
                                           :
In re:                                     :    Chapter 11
                                           :
                                           :
PALM MSO SYSTEM, INC.                      :    Case No. 20-10385 (___)
                                           :
            Debtor.                        :    Tax I.D. No. 81-3292178
                                           :
                                           :
-------------------------------------------------------- x
                                           :
In re:                                     :    Chapter 11
                                           :
PALM PGA MSO, INC.                         :    Case No. 20-10386 (___)
                                           :
            Debtor.                        :    Tax I.D. No. 81-3868468
                                           :
-------------------------------------------------------- x
                                           :
In re:                                     :    Chapter 11
                                           :
PHYSICIAN MANAGEMENT ASSOCIATES :               Case No. 20-10387 (___)
EAST COAST, LLC                            :
                                           :
            Debtor.                        :    Tax I.D. No. 26-4097319
                                           x
--------------------------------------------------------
                                           :
In re:                                     :    Chapter 11
                                           :
PHYSICIAN MANAGEMENT ASSOCIATES :               Case No. 20-10388 (___)
SE, LLC                                    :
                                           :
            Debtor.                        :    Tax I.D. No. 27-1173883
                                           x
--------------------------------------------------------
                                           :
In re:                                     :    Chapter 11
                                           :
PHYSICIANS GROUP ALLIANCE, LLC             :    Case No. 20-10389 (___)
                                           :
            Debtor.                        :    Tax I.D. No. 27-3577824
                                           :
-------------------------------------------------------- x
```

6

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
                                                         :
PRIMUM ALTERNATIVES, INC.                                :      Case No. 20-10390 (___)
                                                         :
          Debtor.                                        :      Tax I.D. No. 47-2347441
                                                         :
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
PRIMUM HEALTHCARE, LLC                                   :      Case No. 20-10391 (___)
                                                         :
          Debtor.                                        :      Tax I.D. No. 46-2130157
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :      Chapter 11
                                                         :
PROFESSIONAL HEALTH CHOICE, INC.                         :      Case No. 20-10392 (___)
                                                         :
          Debtor.                                        :
                                                         :      Tax I.D. No. 26-1796850
-------------------------------------------------------- x
```

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES AND (II) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 2002(n)

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (i) directing joint administration of the Chapter 11 Cases and administratively consolidating the respective case of each Debtor for procedural purposes only and (ii) waiving the requirement that notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(n) and implementing a simplified caption to be used in all case pleadings; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

*Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these proceedings and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors be, and hereby is, jointly administered by the Court for procedural purposes only.  Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

3.      The caption of the jointly administered cases shall read as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:

HYGEA HOLDINGS CORP., *et al.*,

      Debtors.[1]

------------------------------------------------------- x

   :   Chapter 11

   :

   :   Case No. 20-10361 (___)

   :

   :   Jointly Administered

   :

   :   **Related to Docket No. __**

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850).  The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

        4.      Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all pleadings and other documents to be filed and docketed in the jointly-administered cases shall be filed and docketed in the case of Hygea Holdings Corp., Case No. 20-10361 (_____).

        5.      A docket entry shall be made in each of the Debtors' Chapter 11 Cases other than the case of Hygea Holdings Corp. substantially as follows:

> An order has been entered in this case consolidating this case with the case of Hygea Holdings Corp., Case No. 20-10361 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 20-10361 (___) should be consulted for all matters affecting this case.

6.       The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

7.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

60437/0001-18916533v6