| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Hygea Holdings Corp. | ☐ Check if this is an amended filing |
| United States Bankruptcy Court for the: District of Delaware | |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders          12/15

A consolidated list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BRIDGING FINANCE INC. 77 KING STREET WEST, SUITE 2925 P.O. BOX 322 TORONTO, ONTARIO  M5K 1K7 CANADA | CONTACT: NATASHA SHARPE PHONE: 416.309.8718 / 416.362.6283 FAX: 888.920.9599 NSHARPE@BRIDGINGFINANCE.CA | AMENDED AND RESTATED CREDIT AGREEMENT DATED JANUARY 31, 2017 | | | UNKNOWN | UNKNOWN |
| 2 | N5HYG, LLC; NEVADA 5, INC. 950 W. UNIVERSITY DR. ROCHESTER, MI  48307 | CONTACT: CHRIS FOWLER C/O MILLER LAW FIRM PHONE: 248.841.2200 / 313.483.0880 FAX: 248.536.0869 CDK@MILLERLAWPC.COM | LITIGATION | CUD | | | $15,000,000.00 |
| 3 | AMERICAN EXPRESS COMPANY 1801 NW 66TH AV STE 103 PLANTATION, FL  33313 | CONTACT: MICHELLE VISIEDO PHONE: 212.640.2000 FAX: 212.640.0404 MICHELLE.T.VISIEDO@AEXP.COM | TRADE | | | | $12,682,500.00 |
| 4 | INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE OGDEN, UT  84201 | PHONE: 800.829.0115 FAX: 855.235.6787 | PAYROLL TAX | | | | $10,426,750.00 |
| 5 | MED PLAN LLC 6840 SW 40TH STREET SUITE 202A MIAMI, FL  33155 | CONTACT: RODOLFO RODRIGUEZ-DURET PHONE: 305.262.1610 FAX: 305.262.1611 RUDY@RODRIGUEZ-DURET.COM | PUT OPTION | CUD | | | $10,000,000.00 |

Debtor: Hygea Holdings Corp.                                         Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | BOND CAPITAL<br>1160-1100 MELVILLE STREET<br>VANCOUVER, BC  V6E 4A6<br>CANADA | CONTACT: DAVIS VAITKUNAS<br>PHONE: 604.687.2663<br>FAX: 888.920.9599 | PUT OPTION | CUD | | | $7,900,000.00 |
| 7 | GOVIN RAJAN<br>4908 64TH DRIVE WEST<br>BRADENTON, FL  34210 | PHONE: 941.720.3336<br>GRAJAN240@GMAIL.COM | PROMISSORY NOTE | | | | $6,000,000.00 |
| 8 | JANE COHEN, MD<br>1801 NE 123RD STREET<br>SUITE 405<br>NORTH MIAMI BEACH, FL  33181 | PHONE: 305.674.5925<br>FAX: 305.674.5927<br>DRJCOHEN@PGSFL.NET | PUT OPTION | CUD | | | $4,800,000.00 |
| 9 | WELLCARE HEALTH PLANS, INC.<br>ATTN: MARIA SANCHEZ<br>8735 HENDERSON ROAD<br>BLDG 1<br>TAMPA, FL  33634 | CONTACT: MARIA SANCHEZ<br>PHONE: 800.960.2530 / 855.538.0454<br>FAX: 866.201.0657 (APPEALS FAX)<br>MARIA.SANCHEZ@WELLCARE.COM | MSO DEFICIT | | | | $4,691,621.00 |
| 10 | WILLIAM STEELE HOLDINGS, LLC<br>C/O HABER SLADE, PA<br>251 N.W. 23RD ST.<br>MIAMI, FL  33127 | CONTACT: C/O HABER SLADE, PA<br>PHONE: 305-379-2400<br>FAX: 305-379-1106<br>RSLADE@DHABERLAW.COM | LITIGATION | CUD | | | $3,720,643.00 |
| 11 | COVENTRY HEALTH PLAN OF FLORIDA, INC.<br>ATTN: KARLA SHINHOSTER<br>1340 CONCORD TERRACE<br>SUNRISE, FL  33323 | CONTACT: KARLA SHINHOSTER<br>PHONE: 855.423.5971 / 954.858.3000<br>FAX: 954.965.3508 / 954.858.3694<br>KARLA.SHINHOSTER@AETNA.COM | MSO DEFICIT | | | | $3,433,200.00 |
| 12 | PRIMUM ALTERNATIVES, INC.<br>ATTN: GABRIEL PEREZ / FRANK RAKUSA<br>7520 SW 57TH AVENUE<br>SUITE J<br>MIAMI, FL  33143 | CONTACT: GABRIEL PEREZ / FRANK RAKUSA<br>PHONE: 305.397.8747<br>FAX: 305.397.8883<br>GPEREZ1569@AOL.COM | PUT OPTION | CUD | | | $3,200,000.00 |
| 13 | CLAUDIO ARELLANO<br>13335 SW 124TH STREET<br>SUITE 115<br>MIAMI, FL  33186 | CONTACT: CLAUDIO ARELLANO<br>PHONE: 305.232.7200 / 305.878.3610<br>FAX: 305.232.7223<br>CFARELLANO@ALLCARENETWORK.COM | PUT OPTION | CUD | | | $3,000,000.00 |
| 14 | NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC<br>ATTN: ACCT SERVICES DEPT / GREG KING / BRIAN FAIRBURN / JASON FLAM<br>18111 VAN KARMAM<br>STE 700<br>IRVINE, CA  92612 | CONTACT: ACCT SERVICES DEPT / GREG KING / BRIAN FAIRBURN / JASON FLAM<br>PHONE: 949.255.2616 / 858.369.3919<br>FAX: 215.385.7706 / 949.255.2605<br>GKING@NEXTGEN.COM; BFAIRBURN@NEXTGEN.COM; JASONF@NEXTGEN.COM | TRADE | | | | $2,766,073.00 |

Debtor: Hygea Holdings Corp.          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15  PRIORITY HEALTHCARE DISTRIBUTION INC. 2297 SOUTHWEST BLVD SUITE D GROVE CITY, OH 43123 | CONTACT: STACY M HALLMARK PHONE: 800.942.5999 FAX: 877.296.4926 SHALLMARK@EXPRESS-SCRIPTS.COM | LITIGATION | CUD | | | $2,172,080.00 |
| 16  COVENTRY HEALTH PLAN OF FLORIDA, INC. ATTN: KARLA SHINHOSTER 1340 CONCORD TERRACE SUNRISE, FL 33323 | CONTACT: KARLA SHINHOSTER PHONE: 855.423.5971 / 954.858.3000 FAX: 954.965.3505 / 954.858.3694 KARLA.SHINHOSTER@AETNA.COM | MSO DEFICIT | | | | $2,137,527.00 |
| 17  JOSE PRIDA TRUST ATTN: DENIS KLEINFELD (APPLE TREE LANE LLC) 801 NE 167TH STREET SUITE 306 NORTH MIAMI BEACH, FL 33162 | CONTACT: DENIS KLEINFELD (APPLE TREE LANE LLC) PHONE: 305.928.1500 FAX: 786.664.9212 | UNSECURED LOAN | | | | $2,106,715.00 |
| 18  SHUTLANDER LLC ATTN: DENIS KLEINFELD (APPLE TREE LANE LLC) 801 NE 167TH STREET SUITE 306 NORTH MIAMI BEACH, FL 33162 | CONTACT: DENIS KLEINFELD (APPLE TREE LANE LLC) PHONE: 305.928.1500 FAX: 786.664.9212 | UNSECURED LOAN | | | | $2,106,715.00 |
| 19  SIMPLY HEATHCARE PLANS, INC. ATTN: TOMAS OROZCO 9250 W FLAGLER STREET SUITE 600 MIAMI, FL 33174 | CONTACT: TOMAS OROZCO PHONE: 944.405.4297 FAX: 800.964.3627 TOROZCO@SIMPLYHEALTHCAREPLANS.COM | MSO DEFICIT | | | | $2,076,676.00 |
| 20  GAYLIS, NORMAN B, MD 21097 NE 27TH COURT SUITE 200 AVENTURA, FL 33180 | CONTACT: NORMAN B GAYLIS PHONE: 305.652.6676 FAX: 305.652.6676 NGAYLISMD@GMAIL.COM | PUT OPTION | CUD | | | $2,000,000.00 |
| 21  FREEDOM HEALTH INC. ATTN: TOMAS OROZCO 5403 N CHURCH AVE TAMPA, FL 33614 | CONTACT: TOMAS OROZCO PHONE: 8813.506.6000 FAX: 813.490.5303 TOROZCO@SIMPLYHEALTHCAREPLANS.COM | MSO DEFICIT | | | | $1,930,353.00 |
| 22  CEA ATLANTIC ADVISORS LLC C/O JOHNSON POPE BOKOR RUPPEL & BURNS LLP 101 E. KENNEDY BLVD SUITE 3300 TAMPA, FL 33602 | CONTACT: C/O JOHNSON POPE BOKOR RUPPEL & BURNS LLP PHONE: 813.226.8844 FAX: 813.225.1513 GUYB@JPFIRM.COM | LITIGATION | CUD | | | $1,500,000.00 |
| 23  KATALYST FP LLC ATTN: STEPHEN PERRONE / SHARMILA RUDER-AMICO / NEIL BROWN 283 COMMACK ROAD SUITE 215 COMMACK, NY 11725 | CONTACT: STEPHEN PERRONE / SHARMILA RUDER-AMICO / NEIL BROWN PHONE: 516.543.0026 FAX: 513.543.0026 | PUT OPTION | CUD | | | $1,200,000.00 |

Debtor: Hygea Holdings Corp.    Case Number (if known):

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 24 | BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. ATTN: ROSIE STOETZER 4800 DEARWOOD CAMPUS PARKWAY JACKSONVILLE, FL 32246 | CONTACT: ROSIE STOETZER PHONE: 800.955.5692 FAX: 913.982.8401 / 904.357.6331 ROSIE.STOETZER@BCBSFL.COM | MSO DEFICIT | | | | $1,108,202.00 |
| 25 | PHYSICIANS UNITED PLAN, INC. ATTN: GROELLE & SALMON, P.A. 1715 N WESTSHORE BLVD SUITE 320 TAMPA, FL 33607 | CONTACT: GROELLE & SALMON, P.A. PHONE: 813.849.7200 FAX: 813.849.7201 GSTCOURTDOCS@GSPALAW.COM; RMAY@GSPALAW.COM | LITIGATION | CUD | | | $900,000.00 |
| 26 | HINES VAF II DORAL, L.P. ATTN: JOSHUA LEVENSON 499 PARK AVENUE 12TH FLOOR NEW YORK, NY 10022 | CONTACT: JOSHUA LEVENSON PHONE: 212.294.9022 FAX: 212.230.2276 JOSHUA.LEVENSON@HKLAW.COM | LEASE | | | | $877,107.00 |
| 27 | BRUCE ROMANELLO 7320 DELAINEY CT SARASOTA, FL 34240 | PHONE: 352.348.4188 FAX: 941.761.5124 BRUCE@FIRSTHARBOUR.COM | ACQUISITION COST | | | | $769,000.00 |
| 28 | CARDIOLOGY CONSULTANTS OF WEST BROWARD, P.A. ATTN: HILAIRE FERNANDES 7050 NW 4TH STE SUITE 101 FORT LAUDERDALE, FL 33317 | CONTACT: HILAIRE FERNANDES PHONE: 954.587.4112 FAX: 954.587.2401 HILAIRE.FERNANDEZ@HYGEA.NET | PUT OPTION | CUD | | | $725,000.00 |
| 29 | N5HYG, LLC ATTN: C/O ALBRIGHT STODDARD WARNICK & ALBRIGHT 801 S. RANCHO DR. SUITE D-4 LAS VEGAS, NV 81904 | CONTACT: C/O ALBRIGHT STODDARD WARNICK & ALBRIGHT PHONE: 702-384-7111 FAX: 702-384-0605 GMA@ALBRIGHTSTODDARD.COM | LITIGATION | CUD | | | $600,000.00 |
| 30 | GABRIELA & BELLA CASTILLO TRUST ATTN: DENIS KLEINFELD (APPLE TREE LANE LLC) 801 NE 167TH STREET SUITE 306 NORTH MIAMI BEACH, FL 33162 | CONTACT: DENIS KLEINFELD (APPLE TREE LANE LLC) PHONE: 305.928.1500 FAX: 786.664.9212 | UNSECURED LOAN | | | | $421,343.00 |
| 31 | 4FRONT CAPITAL PARTNERS, INC. ATTN: RAJ NATARAJAN / JOHN TRAVAGLINI 47 COLBORNE ST SUITE 301 TORONTO, ON M5V 1P8 CANADA | CONTACT: RAJ NATARAJAN / JOHN TRAVAGLINI PHONE: 416.861.1100 / 647.994.4072 RNATARAJAN@4FRONTCAPITALPARTNERS.COM; JOHN@4FRONTCAPITALPARTNERS.COM | TRADE | | | | $400,000.00 |
| 32 | NELSON MULLINS RILEY & SCARBOROUGH LLP ATTN: MIKE SEGAL, PARTNER 2 SOUTH BISCAYNE BLVD. 21ST FLOOR MIAMI, FL 33131 | CONTACT: MIKE SEGAL, PARTNER PHONE: 305.373.9430 FAX: 305.373.9443 MIKE.SEGAL@NELSONMULLINS.COM | TRADE | | | | $400,000.00 |

Debtor: Hygea Holdings Corp.                                                          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 WEIRFOULDS LLP ATTN: MICHAEL DOLPHIN 66 WELLINGTON STREET WEST, SUITE 4100 P.O. BOX 35, TD BANK TOWER TORONTO, ON  M5K 1B7  CANADA | CONTACT: MICHAEL DOLPHIN PHONE: 416.947.5005 / 416.365.1110 FAX: 416.365.1876 MDOLPHIN@WEIRFOULDS.COM | TRADE | | | | $381,032.00 |
| 34 MICHAEL E HOROWITZ, MD 4302 ALTON ROAD SUITE 320 MIAMI BEACH, FL  33140 | PHONE: 305.931.9002 DOCMIK@BELLSOUTH.NET | PUT OPTION | CUD | | | $323,333.00 |
| 35 DR. VALERIE SOLOMON, DR. IRWIN SOLOMON ATTN: C/O LAVIN LAW GROUP PA 2670 NE 215TH ST. MIAMI, FL  33180 | CONTACT: C/O LAVIN LAW GROUP PA PHONE: 954-967-2788 FAX: 954-983-7021 ALAVIN@LAVINLAWYERS.COM | LITIGATION | CUD | | | $274,000.00 |
| 36 DAN K. MILLER 1360 TROWBRIDGE ROAD BLOOMFIELD HILLS, MI  48304 | CONTACT: DANIEL K MILLER PHONE: 305.710.2322 DKMILLER2@GMAIL.COM | EMPLOYEE SEVERANCE | | | | $256,904.00 |
| 37 WITHUM, SMITH & BROWN PC ATTN: RUSSELL GOLDBERG 200 S. ORANGE AVENUE SUITE 1200 ORLANDO, FL  32801 | CONTACT: RUSSELL GOLDBERG PHONE: 407.849.1569 FAX: 407.849.1119 RGOLDBERG@WITHUM.COM | TRADE | | | | $250,418.00 |
| 38 HUMANA, INC. ATTN: KAREN LAMBERT 4030 W BOY SCOUT BLVD TAMPA, FL  33607 | CONTACT: KAREN LAMBERT PHONE: 800.457.4708 FAX: 305.626.5179 KLAMBERT2@HUMANA.COM | MSO DEFICIT | | | | $249,315.00 |
| 39 HUMANA, INC. ATTN: KAREN LAMBERT 4030 W BOY SCOUT BLVD TAMPA, FL  33607 | CONTACT: KAREN LAMBERT PHONE: 800.477.6931 FAX: 305.626.5179 KLAMBERT2@HUMANA.COM | MSO DEFICIT | | | | $230,901.00 |
| 40 COBLE HEALTH GROUP, INC. ATTN: HAL COBLE 3875 ROLAND HAYES PKWY SW CALHOUN, GA  30701 | CONTACT: HAL COBLE PHONE: 866.514.5333 / 770.367.6840 FAX: 404.420.2796 HAL@ADAPTIVEALLERGY.COM | TRADE | | | | $200,000.00 |