IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HYGEA HOLDINGS CORP., *et al.*,[1] | Case No. 20-10361 (KBO) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 59** |

**MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE AND
SCHEDULING AN EXPEDITED HEARING ON NEVADA 5, INC.'S EMERGENCY
PRECAUTIONARY MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Nevada 5, Inc. ("Nevada 5") pursuant to Fed. R. Bankr. P. 2002 and 9006(c), section 105(a) of the Bankruptcy Code and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") requests entry of an order shortening notice with respect to and scheduling a hearing on Nevada 5, Inc.'s Emergency Precautionary Motion for Relief from the Automatic Stay (the "Motion") filed contemporaneously herewith, and states:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The legal predicates for the relief requested herein are 11 U.S.C. § 105(a), Bankruptcy Rules 2002 and 9006 and Local Rules 2002-1(b) and 9006-1(e).

## RELIEF REQUESTED

3. By way of this Motion, Nevada 5 respectfully requests that the Court enter an order shortening notice so that the Motion may be heard on an emergency basis on or before February 28, 2020.

## BASIS FOR RELIEF

4. In accordance with Local Rule 9006-1(c) and Bankruptcy Rule 2002, parties generally are required to provide a total of 18 days' notice of motions (plus three days if service is by mail) to parties in interest specified in Local Rule 2002-1(b). However, Local Rule 9006-1(e) provides that the Court may shorten this notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Local Rule 9006-1(e).

5. As more fully explained in the Motion, the Motion requests relief from the automatic stay in order for Nevada 5 to file a Second Amended Complaint against, *inter alia*, debtor Hygea Health Holdings, Inc., so that it may continue to prosecute claims against the non-debtor defendants and pursue discovery. The Second Amended Complaint is due by March 2, 2020. If the Motion is not heard prior to that date, the relief requested by the Motion would be moot.

6. As this matter has been the subject of ongoing litigation, there will be no prejudice to the debtors in scheduling the Motion to be heard on an expedited basis.

**WHEREFORE**, Nevada 5 respectfully requests that the Court enter an order approving the shortened notice period requested herein and the form, manner, and sufficiency of notice of the Motion, and granting such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: February 24, 2020<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>Ronald S. Gellert (DE 4259)<br>Holly M. Smith (DE 6497)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br>      rgellert@gsbblaw.com<br>      hmegansmith@gsbblaw.com<br><br>-and-<br><br>CARLTON FIELDS<br>Donald R. Kik (*pro hac vice*)<br>Alan Rosenthal<br>Natalie Carlos<br>100 S.E. Second Street, Suite 4200<br>Miami, FL 33131<br>Telephone: (305) 530-0500<br>Facsimile: (305) 530-0055<br>Email: dkirk@carltonfields.com<br>      arosenthal@carltonfields.com<br>      ncarlos@carltonfields.com<br><br>*Attorneys for Nevada 5, Inc.* |