## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
HYGEA HOLDINGS CORP., et al.,                            :   Case No. 20-10361 (KBO)
                                                         :
                Debtors.¹                                :   (Jointly Administered)
                                                         :   Related to Docket No. 73 and 77
------------------------------------------------------- x
```

### NOTICE OF **SECOND AMENDED**² AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON FEBRUARY 28, 2020 AT 9:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS³

## MATTER GOING FORWARD

1.  Nevada 5, Inc.'s Emergency Precautionary Motion for Relief from Automatic Stay (Filed February 24, 2020) [Docket No. 59]

    Related Documents:

    A.  Order Shortening Notice and Scheduling an Expedited Hearing on Nevada 5, Inc.'s Emergency Precautionary Motion for relief from the Automatic Stay (Filed February 25, 2020) [Docket No. 68]

    B.  Notice of Telephonic Hearing (Filed February 25, 2020) [Docket No. 69]

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850).  The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

² **Amended items in bold font.**

³ Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

C.  Notice of Filing of Supplemental Exhibit to Nevada 5, Inc.'s Emergency Precautionary Motion for Relief from the Automatic Stay (Filed February 27, 2020) [Docket No. 74]

Objection Deadline:    Objections are due at the hearing

Responses Received:

A.  Debtors' Objection to Nevada 5, Inc.'s Emergency Precautionary Motion for Relief From Automatic Stay (Filed February 27, 2020) [Docket No. 76]

**B.  Bridging Finance Inc.'s Objection to Nevada 5, Inc.'s Emergency Precautionary Motion for Relief from Automatic Stay (Filed February 27, 2020) [Docket No. 78]**

Status:  This matter will be going forward.

Dated: Wilmington, Delaware
February 27, 2020

**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (I.D. No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: kstickles@coleschotz.com

– and –

Michael D. Sirota (Admitted *pro hac vice*)
Felice R. Yudkin (Admitted *pro hac vice*)
Jacob S. Frumkin (Admitted *pro hac vice*)
Michael Trentin (Admitted *pro hac vice*)
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Proposed Counsel for Debtors and Debtors-in-Possession*