**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| **HYGEA HOLDINGS CORP.**, *et al.,* | Case No. 20-10361 (KBO) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF APPEARANCE OF
## ROBERT DAVIS AND REQUEST FOR SERVICE OF PAPERS

**ROBERT DAVIS** of the law firm of **HOLLAND & KNIGHT LLP** files this Notice of Appearance and Request for Service of Papers as counsel on behalf of **RREF III-P Doral Office, LP,** a creditor in the above-referenced case. Said person appears pursuant to 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and requests, pursuant to, *inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given or required to be served in this case be served upon the below-named attorney:

Robert Davis, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone: 407.425.8500

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

#73251172_v1

Facsimile: 407.244.5288
Email:  robert.davis@hklaw.com

The foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, pleading, request, whether formal or informal, and financial reports, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-referenced case.

Dated:  February 27, 2020        Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Counsel for RREF III-P Doral Office, LP*
200 S. Orange Avenue, Suite 2600
Orlando, Florida  32801
Telephone:  407.425.8500
Facsimile: 407.244.5288
Email:  robert.davis@hklaw.com

By:  /s/ Robert Davis
        Robert W. Davis, Jr.
        Florida Bar No. 84953

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties requesting such notice.

/s/ Robert Davis
Robert W. Davis, Jr.