# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:

HYGEA HOLDINGS CORP., *et al.*,

          Debtors.[1]

------------------------------------------------------------ x

Chapter 11

Case No. 20-10361 (KBO)

(Jointly Administered)

**Hrg. Date: 3/24/2020 at 2:00 p.m. (ET)**
**Obj. Deadline: 3/13/2020 at 4:00 p.m. (ET)**
**Related to Docket No. 41**

## NOTICE OF HEARING ON
## DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING
## DEBTORS TO ASSUME THE RESTRUCTURING SUPPORT AGREEMENT

TO: (a) the U.S. Trustee; (b) counsel to the Debtors' prepetition secured lender; (c) the parties included on the Debtors' consolidated list of their 40 largest unsecured creditors; and (d) all parties entitled to notice pursuant to Del. Bankr. L.R. 2002-1(b).

      **PLEASE TAKE NOTICE** that, on February 20, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the Debtors' Motion for Entry of Order Authorizing Debtors to Assume the Restructuring Support Agreement [Docket No. 41] (the "Motion"), seeking entry of an order authorizing the Debtors to assume that certain Restructuring Support Agreement, dated as of February 7, 2020, by and among the Debtors, on one hand, and Bridging Income Fund LP and Bridging Finance Inc., on the other hand.

      **PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the proposed counsel for the Debtors listed below, so that it is received on or before **MARCH 13, 2020 AT 4:00 P.M. (ET)**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, will be held on **MARCH 24, 2020 AT 2:00 P.M. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 28, 2020

        COLE SCHOTZ P.C.

        /s/ *J. Kate Stickles*
        J. Kate Stickles (I.D. No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117
        kstickles@coleschotz.com

        – and –

        Michael D. Sirota (admitted *pro hac vice*)
        Felice R. Yudkin (admitted *pro hac vice*)
        Jacob S. Frumkin (admitted *pro hac vice*)
        Michael Trentin (admitted *pro hac vice*)
        25 Main Street
        Hackensack, New Jersey 07601
        Telephone: (201) 489-3000
        Facsimile: (201) 489-3479

        *Proposed Counsel to Debtors*
        *and Debtors-in-Possession*