# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HYGEA HOLDINGS CORP., *et al.*, [1] | Case No. 20-10361 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 59, 76 & 78 |

## ORDER GRANTING PARTIAL RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") filed by Nevada 5, Inc. ("Nevada 5") seeking relief from the automatic stay to (i) file a Second Amended Complaint in a Florida state court lawsuit ("Florida Action") and (ii) pursue discovery from the Debtor Hygea Health Holdings, Inc., one of the debtors herein ("Debtors") in the Florida Action, the Court makes the following findings and rulings. Due and sufficient notice of the Motion was given under the particular circumstances. The Court has subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The Court conducted a telephonic hearing on February 28, 2020 and has determined that the legal and factual bases set forth in the Motion establish just cause for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

limited relief and rulings made herein after due deliberation and sufficient cause appearing therefor and for the reasons stated on the record of the Hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in part and DENIED in part as set forth herein.

2. The Motion is granted to the extent that the automatic stay is lifted solely to permit Nevada 5 to file its Second Amended Complaint in the pending Florida Action. The Second Amended Complaint shall assert no additional Counts against the Debtor and the automatic stay of 11 U.S.C. § 362(a) shall otherwise remain in full effect.

3. The Motion is DENIED to the extent that Nevada 5's request for stay relief to pursue discovery from the Debtors in the Florida Action is denied without prejudice to Nevada 5's right to pursue such relief after ninety (90) days following entry of this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: March 3rd, 2020  
Wilmington, Delaware

KAREN B. OWENS  
**UNITED STATES BANKRUPTCY JUDGE**