# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HYGEA HOLDINGS CORP., *et al.*, | Case No. 20-10361 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**REQUEST FOR NOTICES AND OTHER PAPERS**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, counsel for Centurion Asset Management, Inc. ("Centurion"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following addresses:

Stanley B. Tarr
Josef W. Mintz
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
tarr@blankrome.com
mintz@blankrome.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above-captioned debtors or property of the debtors' estates.

**NOTICE IS FURTHER GIVEN** that this *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedure 2002* shall not be deemed or construed to be a waiver of any substantive or procedural right of Centurion, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Centurion in this or any related case or where any proceeding is to be initiated by complaint against Centurion in accordance with applicable non-bankruptcy law, service shall be made on Centurion in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between Centurion, the debtors or any third party; or (f) any other rights, claims, actions, defenses, to which Centurion is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, Centurion expressly reserves.

-3-

| | |
|---|---|
| Dated: March 4, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> /s/ Josef W. Mintz<br>Stanley B. Tarr (DE No. 5535)<br>Josef W. Mintz (DE No. 5644)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 425-6400<br>Facsimile:    (302) 425-6464<br>Email:    tarr@blankrome.com<br>            mintz@blankrome.com<br><br>*Counsel to Centurion Asset Management, Inc.* |

-4-

## CERTIFICATE OF SERVICE

I, Josef W. Mintz, hereby certify that on March 4, 2020, I served or caused to be served the foregoing *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedures 2002* upon the following persons via U.S. first-class mail, postage fully pre-paid:

| | |
|---|---|
| COLE SCHOTZ P.C.<br>J. Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | OFFICE OF THE UNITED STATES TRUSTEE<br>Attn: Timothy Fox<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801 |

 */s/ Josef W. Mintz*
Josef W. Mintz (No. 5644)