IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HYGEA HOLDINGS CORP., *et al.*,[1] | : | Case No. 20-10361 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND**
**CERTIFICATION OF GOOD STANDING OF MARC S. SACKS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the United States of America hereby enters its appearance as a creditor and a party-in-interest in this case.

Pursuant to Bankruptcy Rule 2002 and Section 342 of the Bankruptcy Code, the United States requests that its name be added to the mailing list maintained by the Clerk for this case, and that all notices given and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in any of these cases be served upon the United States at the addresses set forth below. The foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, disclosure statements, plans of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

reorganization, schedules, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, and whether written or oral. Please serve all such notices and papers on:

> Marc S. Sacks
> U.S. Department of Justice
> Civil Division
> (202) 307-1104 (direct)
> (202) 514-9163 (fax)
> marcus.s.sacks@usdoj.gov

His office addresses are:

> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044-0875
> (regular mail)

and

> 1100 L Street, NW
> Room 7024
> Washington DC, 20005
> (hand delivery/overnight mail)

Because postal service mail to this government attorney presently is substantially delayed for security screening, please transmit all papers addressed to him by electronic mail or if electronic mail is not available, by facsimile.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 9010-1(e)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the Local Rules), I hereby certify that I am admitted to practice before the United States District Court for the Northern District of Georgia and am an

active member in good standing of the Georgia Bar (No. 621931).  I further certify that I will be bound by the Local Rules and Title 11 of the United States Code (the Bankruptcy Code), and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

| | |
|---|---|
| Dated: March 5, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | DAVID C. WEISS<br>United States Attorney |
| | ELLEN W. SLIGHTS<br>Assistant United States Attorney |
| | <u>/s/ Marc S. Sacks</u><br>RUTH A. HARVEY<br>MARGARET M. NEWELL<br>MARC S. SACKS<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel. (202) 307-1104<br>Fax (202) 514-9163<br>marcus.s.sacks@usdoj.gov |
| | ATTORNEYS FOR THE UNITED STATES |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOOD STANDING OF MARC S. SACKS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Marc S. Sacks
MARC S. SACKS
Commercial Litigation Branch
Civil Division
United States Department of Justice