## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 20-10361 (KBO)
HYGEA HOLDINGS CORP., et al.,                 :
                                              :    (Jointly Administered)
        Debtors.¹                             :
                                              :    Final Hrg. Date: April 2, 2020 at 10:00 a.m. (ET)
                                              :    Obj. Deadline: March 17, 2020 at 4:00 p.m. (ET)
                                              :    Related to Docket Nos. 11, 63 and 65
-------------------------------------------------------- x
```

### NOTICE OF RESCHEDULED HEARING WITH RESPECT TO
### MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS
### (I) AUTHORIZING THE DEBTORS TO (A) USE CASH COLLATERAL AND
### (B) INCUR POSTPETITION SECURED INDEBTEDNESS; (II) GRANTING LIENS
### AND PROVIDING SUPER-PRIORITY ADMINISTRATIVE EXPENSE STATUS;
### (III) GRANTING ADEQUATE PROTECTION TO BRIDGING FINANCE INC.,
### AS ADMINISTRATIVE AGENT; AND (IV) MODIFYING THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, on February 19, 2020, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Motion of the Debtors For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Incur Postpetition Secured Indebtedness; (II) Granting Liens and Providing Super-Priority Administrative Expense Status; (III) Granting Adequate Protection to Bridging Finance Inc., as Administrative Agent; and (IV) Modifying the Automatic Stay [Docket No. 11] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2020, the United States Bankruptcy Court for the District of Delaware entered the Interim Order Authorizing the Debtors to (A) Use Cash Collateral and (B) Incur Postpetition Secured Indebtedness; (II) Granting Liens and Providing Super-Priority Administrative Expense Status; (III) Granting Adequate Protection

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

to Bridging Finance Inc., as Administrative Agent; and (IV) Modifying the Automatic Stay [Docket No. 63] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that, the final hearing on the Motion, which was scheduled for March 24, 2020 at 2:00 p.m., has been **RESCHEDULED TO APRIL 2, 2020 AT 10:00 A.M. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 3, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion and the entry of a final order approving the Motion must be filed on or before **MARCH 17, 2020 AT 4:00 P.M. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, DE 19801 and served upon the following parties so as to be actually received by the Objection Deadline:  (a) Hygea Holdings Corp., 8700 W Flagler Street, Suite 280, Miami, FL 33174 (Attn: Keith Collins, M.D.); (b) proposed counsel for the Debtors, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: J. Kate Stickles, Esq.) and 25 Main Street, Hackensack, NJ 07601 (Attn: Michael D. Sirota, Esq. and Felice R. Yudkin, Esq.); (c) counsel to Bridging Finance Inc., DLA Piper LLP (US), 1251 Avenue of the Americas, New York,, NY 10020 (Attn: Thomas R. Califano, Esq.) and 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (Attn: Rachel Nanes, Esq.); (d) counsel to any statutory committee appointed in the Chapter 11 Cases; and (e) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Timothy J. Fox, Jr., Esq.).

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED AND ENTER A FINAL ORDER WITHOUT FURTHER NOTICE OR HEARING.

Dated:  Wilmington, Delaware
      March 6, 2020

                      **COLE SCHOTZ P.C.**

                      */s/ J. Kate Stickles*
                      J. Kate Stickles (I.D. No. 2917)
                      500 Delaware Avenue, Suite 1410
                      Wilmington, Delaware 19801
                      Telephone: (302) 652-3131
                      Facsimile: (302) 652-3117

                      – and –

                      Michael D. Sirota (admitted *pro hac vice*)
                      Felice R. Yudkin (admitted *pro hac vice*)
                      Jacob S. Frumkin (admitted *pro hac vice*)
                      Michael Trentin (admitted *pro hac vice*)
                      25 Main Street
                      Hackensack, New Jersey 07601
                      Telephone: (201) 489-3000
                      Facsimile: (201) 489-3479

                      *Proposed Counsel for Debtors and*
                      *Debtors-in-Possession*