IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HYGEA HOLDINGS CORP., *et al.*, | : | Case No. 20-10361-KBO |
| | : | |
| Debtors.[1] | : | Jointly Administered |

---------------------------------------------------------- x

**NOTICE OF SERVICE**

I, R. Craig Martin, hereby certify that on the 5th day of March, 2020, a true and correct copy of: (i) *Notice of Intent to Take the Oral Deposition of the Corporate Representative of Nevada 5, Inc.*; (ii) *Notice of Intent to Take the Oral Deposition of the Corporate Representative of N5HYG, LLC*; (iii) *Bridging Finance Inc.'s Request for Production of Documents from Nevada 5, Inc.*; and (iv) *Bridging Finance Inc.'s Request for Production of Documents from N5HYG, LLC* was served upon the following counsel listed below in the manner indicated:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850).  The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

1

<u>**VIA E-MAIL**</u>

Michael Busenkell
Ashley Gollmann
Holly Megan Smith
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
E-mail: mbusenkell@gsbblaw.com
E-mail: agollmann@gsbblaw.com
E-mail: hmeganSmith@gsbblaw.com

<u>**VIA E-MAIL**</u>

Donald Kirk
Carlton Fields, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
E-mail: dkirk@carltonfields.com

Dated: March 9, 2020
Wilmington, Delaware

<u>**VIA E-MAIL**</u>

David Gay
Alan Rosenthal
Carlton Fields, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
E-mail: dgay@carltonfields.com
E-mail: arosenthal@carltonfields.com

**DLA PIPER LLP (US)**

By: _/s/ R. Craig Martin_
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
E-mail: craig.martin@dlapiper.com

– and –

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
E-mail: thomas.califano@dlapiper.com

– and –

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8563
E-mail: rachel.nanes@dlapiper.com

*Counsel to Bridging Finance Inc.*