# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
|  |  |
| In re: | : Chapter 11 |
|  | : Case No. 20-10361 (KBO) |
| HYGEA HOLDINGS CORP., *et al.*, | : |
|  | : (Jointly Administered) |
| Debtors.[1] | : |
---------------------------------------------------------x

# SCHEDULES OF ASSETS AND LIABILITIES FOR
## HYGEA HOLDINGS CORP., CASE NO. 20-10361 (KBO)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                              :
In re:                                        :    Chapter 11
                                              :
HYGEA HOLDINGS CORP., et al.,                 :    Case No. 20-10361 (KBO)
                                              :
                      Debtors.¹               :    (Jointly Administered)
                                              :
-------------------------------------------------------- x
```

## GLOBAL NOTES PERTAINING TO SCHEDULES
## AND STATEMENTS OF FINANCIAL AFFAIRS

On February 19, 2020 (the "Petition Date"), Hygea Holdings Corp. ("HHC") and certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which cases are being jointly administered under Case No. 20-10361 (KBO). With the assistance of their professionals, the Debtors' management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (the "SOFA" and, together with the Schedules, the "Schedules and SOFA") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFA are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, and they are not intended to be fully reconciled to the financial statements.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery of inadvertent errors or omissions may result in material changes to the Schedules and SOFA. The information provided herein,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

except as otherwise noted, is as of the Petition Date. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFA. Accordingly, the Schedules and SOFA remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and SOFA from time to time as may be necessary or appropriate. These global notes regarding the Schedules and SOFA (the "Global Notes") comprise an integral part of the Schedules and SOFA filed by the Debtors and should be referenced in connection with any review of the Schedules and SOFA. Nothing contained in the Schedules and SOFA shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of the chapter 11 cases.

The Schedules and SOFA have been signed by Keith Collins, M.D., the Chief Executive Officer of HHC and an authorized signatory of each Debtor. In reviewing and signing the Schedules and SOFA, Dr. Collins has necessarily relied upon the efforts, statements and representations of certain accounting personnel and advisors. Dr. Collins has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

1.    Asset Presentation. As of the date hereof, the Debtors have not closed their books and records for the period ending February 2020, which the Debtors anticipate finalizing on or about April 3, 2020. Accordingly, other than accounts payable listed on Schedule F to the Schedules, which are as of the Petition Date, each asset and liability of the Debtors is reflected on the Schedules and SOFA as of January 31, 2020. Such assets and liabilities are presented on the basis of their net book value in the Debtors' unaudited accounting books and records, not on the basis of current market values. Although the Debtors do not expect that their assets or liabilities as of the Petition Date will vary materially from those listed in the Schedules and SOFA, thet Debtors reserve their right to amend or adjust the value of any asset or liability set forth herein.

2.    Liabilities. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change, and the Debtors reserve the right to change the allocation of liability to the extent such additional information becomes available.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the entire amount of a prepetition liability for goods delivered in the twenty (20) days prior to the Petition Date is commingled with a creditor's other open liabilities reflected in the Debtors' accounts payable system.

3.    Estimates. As of the Petition Date, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of their assets, liabilities, revenue and expenses.

4.    Causes of Action. The Debtors reserve any and all of their rights with respect to any causes of action they may have, whether or not listed in the Schedules and SOFA, and

60437/0001-20072700v6

neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

5.     Claims Description.  Any failure to designate a claim on the Schedules and/or SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent" or "unliquidated."  The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules and SOFA as to amount, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.

6.     Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

7.     Ordinary Course Transactions with Affiliates.  In the ordinary course of business, the Debtors engage in various transactions relating to business relationships with their non-Debtor affiliates.  As an accounting matter, certain of these ordinary course transactions may not be memorialized by journal entry or settled by check or wire payment, and, as such, may not be reflected in the Schedules and SOFA.

8.     Setoffs.  The Debtors incur certain offsets and other similar rights during the ordinary course of their business.  Offsets in the ordinary course can result from various transactions including a patient's use of his or her credit balance to offset later-incurred patient charges or third-party-payor multi-account settlements involving the obligations of such payor to a Debtor and any Debtor reimbursement obligations to such payor.[2]

9.     These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and SOFA, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

10.     Property and Equipment.  Nothing in the Schedules or SOFA (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues.

11.     Insiders.  Solely for purposes of the Schedules and SOFA, the Debtors define "insiders" to include the following: (a) Directors; (b) officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtors; and (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor).

---

[2] For example, obligations of payor to a Debtor for a covered procedure against amounts owed to such payor for a prior payor payment that subsequently has been reconciled to a lower amount (resulting in an overpayment by the payor for such procedure).

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  The listing of a creditor as an "insider" does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.  As such, the Debtors reserve all rights with respect to the foregoing issues.

12.     <u>Specific Notes</u>.  These Global Notes are in addition to the specific notes set forth in the individual Schedules and SOFA.  Disclosure of information in one Schedule, the SOFA, an exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, the SOFA or any exhibits or continuation sheets.

13.     <u>Totals</u>.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.  To the extent there are unknown or undetermined amounts included in the Schedules and SOFA, the actual totals may be different than the listed totals.

14.     <u>Unliquidated Claim Amounts</u>.  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "undetermined" or "unknown."  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

15.     <u>Claimants</u>.  The identity of some of the holders of claims may have changed over time due to trading and/or transfer of certain of these claims.  It is the Debtors' belief that the claims against the Debtors were as of the Petition Date held by the entities identified in the Schedules (or affiliates of such entities or beneficial holders for which such entities are nominees or asset managers), in the principal amounts set forth herein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).

16.     <u>General Reservation of Rights</u>.  The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFA as and to the extent necessary as they deem appropriate.

**<u>Specific Disclosures With Respect to the Debtors' Schedules</u>**

17.     <u>Schedule A/B: Part 9</u>:  Although certain Debtors are counterparties to leases that appear on Schedule G, such leases are not reflected in Schedule A/B, Part 9, because they do not appear as assets on the Debtors' books and records.

18.     <u>Schedule E/F: Creditors Who Have Unsecured Claims</u>.  The listing of any claim on Schedule E/F as a priority claim does not constitute an admission by the Debtors that such claim is entitled to priority under section 507(a) of the Bankruptcy Code.  The Debtors reserve the right to dispute the priority status of any claim on any basis.

Although the Debtors have made a reasonable attempt to set forth their unsecured obligations in Schedule E/F, the actual amount of claims against the Debtors may vary from the represented liabilities.  Parties in interest should not accept that any listed liability necessarily reflects the correct amount of any unsecured creditor's allowed claim or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFA.

The claims listed on Schedule E/F arose or were incurred on various dates and, in certain instances, the date on which a claim arose may be unknown or subject to dispute.  Because fixing that date for each claim in Schedule E/F would be unduly burdensome and cost prohibitive, the Debtors have not listed a date for the claims listed on Schedule E/F.

Schedule E/F does not include employee withholding obligations of the Debtors, which the Debtors remit directly to the applicable authority.  In addition, Schedule F does not include certain deferred charges, deferred liabilities or accruals or ordinary course pre-payments by patients at certain of the Debtors' cardiology clinics.

Schedule E/F does not include potential rejection damages claims of counterparties to executory contracts or unexpired leases that may be rejected by the Debtors.

19.    Schedule G: Executory Contracts and Unexpired Leases.  Although the Debtors have made every effort to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination agreements, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality or nondisclosure agreements.  Such documents may not be set forth in Schedule G.

The Debtors may be party to certain agreements that have expired by their terms.  Out of an abundance of caution, the Debtors may have listed certain such agreements on Schedule G.  The Debtors' inclusion of such contracts or agreements on Schedule G is not an admission that any such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The

Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission of those contracts from Schedule G.

### Specific Disclosures With Respect to the Debtors' SOFAs

20.    _Question 1_.  The Debtors' responses to Question 1 reflect net revenue for the relevant period.

21.    _Question 2_.  The Debtors may earn non-business revue from time to time. Amounts are believed to be _de minimis_ and, to the extent such amounts have been earned, they are reflected in the applicable Debtor's response to Question 1.

22.    _Question 3_.  The Debtors' responses reflect disbursement data from the respective Debtors' banking activity and exclude (a) employee wage payments and withholdings such as tax withholdings and benefits withholdings remitted by the Debtors to the applicable authorities; and (b) amounts paid to insiders (which are reflected in Question 4).

23.    _Question 4_.  The Debtors' responses reflect disbursement data collected from each Debtor's Quickbooks accounting system.  The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.  For more information regarding the Debtors' officers and directors, see Question 28 and Question 29.

24.    _Question 27_.  The Debtors inventory critical pharmaceuticals and stock to established par levels.  Routine medical and office supplies are replenished on an as-needed basis.

25.    _Question 28_.  Solely for purposes of SOFA Question 28, the Debtors interpret "control" or "controlling" to mean that the applicable individual or entity holds in excess of 5% of the voting securities of the Debtors.

26.    _Question 29_.  Several of the Debtors have checked "none" for Question 29 because the names of the individuals required to be listed, if any, are unknown.  The Debtors reserve the right to amend their respective answers to Question 29 to the extent information regarding such unknown individuals becomes available.

**Fill in this information to identify the case:**

Debtor   Hygea Holdings Corp.

United States Bankruptcy Court for the:  District of Delaware

Case number   20-10361
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NOT APPLICABLE |

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $5,094,184.73 |

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $5,094,184.73 |

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $122,539,899.85 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| **+**     $63,328,056.53 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $185,867,956.38 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hygea Holdings Corp. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 20-10361 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**04/19**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**  **CASH AND CASH EQUIVALENTS**

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   |---|---|

2. **CASH ON HAND**

   **NONE**

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | FIFTH THIRD BANK | FEE FOR SERVICE RECEIPTS/OPERATING DISBURSEMENTS | 1213 | $1,000.00 |
   | 3.2. | FIFTH THIRD BANK | LIMITED ACH ACTIVITY | 1221 | $0.00 |
   | 3.3. | WELLS FARGO | MANAGEMENT SERVICES ORGANIZATION RECEIPTS (CAREPLUS)/OPERATING DISBURSEMENTS | 6859 | $731.90 |

4. **OTHER CASH EQUIVALENTS**

   **NONE**

5. **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

   | $1,731.90 |
   |---|

---

**Part 2:**  **DEPOSITS AND PREPAYMENTS**

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   |---|---|

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | FISCHER FAMILY TRUST, ROBERT FISHER, TRUSTEE  - SECURITY DEPOSIT | $10,000.00 |
| 7.2. | FLAGLER WEST CORPORATE CENTER, LLC  - SECURITY DEPOSIT | $14,200.00 |
| 7.3. | FLAGLER WEST CORPORATE CENTER, LLC  - SECURITY DEPOSIT | $5,205.00 |
| 7.4. | FLORIDA POWER & LIGHT - UTILITY DEPOSIT | $888.00 |
| 7.5. | INTERNATIONAL CITY BUILDING LLC  - SECURITY DEPOSIT | $8,333.00 |
| 7.6. | PRIME VENTURES CORPORATION  - SECURITY DEPOSIT | $2,200.00 |
| 7.7. | PROTEGRITY PROPERTIES, INC.  - SECURITY DEPOSIT | $20,000.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | ALVAREZ AND MARSAL NORTH AMERICA, LLC - PREPAID RETAINER | $4,717.50 |
| 8.2. | COLE SCHOTZ P.C. - PREPAID RETAINER | $200,492.20 |
| 8.3. | EPIQ CORPORATE RESTRUCTURING, LLC - PREPAID RETAINER | $63,290.55 |

**9 Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.      $329,326.25

## Part 3:  ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| 90 DAYS OR LESS | $22,550.86 | - | $0.00 | = → | $22,550.86 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.      $22,550.86

## Part 4:  INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**NONE**

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | HYGEA ACQUISITION ATLANTA, LLC | 100% | N/A | UNDETERMINED |
| 15.2. | HYGEA OF DELAWARE, LLC | 100% | N/A | UNDETERMINED |
| 15.3. | PALM MEDICAL GROUP, INC. | 100% | N/A | UNDETERMINED |
| 15.4. | PHYSICIANS GROUP ALLIANCE OF ATLANTA, LLC | 100% | N/A | UNDETERMINED |
| 15.5. | PHYSICIANS GROUP ALLIANCE OF SOUTH FLORIDA, LLC | 100% | N/A | UNDETERMINED |
| 15.6. | PHYSICIANS GROUP ALLIANCE, LLC | 100% | N/A | UNDETERMINED |

| Debtor | Hygea Holdings Corp. | | | Case number (if known) | 20-10361-KBO | |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.7. PHYSICIANS GROUP MANAGEMENT OF ORLANDO, LLC | 100% | N/A | UNDETERMINED |
| 15.8. PHYSICIANS GROUP OF ALLIANCE OF GEORGIA | 100% | N/A | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**NONE**

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| | UNDETERMINED |
|---|---|

---

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

| | NOT APPLICABLE |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | | | |
| **29. FARM ANIMALS** EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH | | | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | | | |

| Debtor | Hygea Holdings Corp. | | | Case number (if known) | 20-10361 |

Name

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

NOT APPLICABLE

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**39. OFFICE FURNITURE**

**40. OFFICE FIXTURES**

**41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE**

**42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

NOT APPLICABLE

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

**48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49.  AIRCRAFT AND ACCESSORIES**

**50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.          NOT APPLICABLE

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  REAL PROPERTY

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56  Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.          NOT APPLICABLE

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  INTANGIBLES AND INTELLECTUAL PROPERTY

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

**NONE**

**61.  INTERNET DOMAIN NAMES AND WEBSITES**

Debtor    Hygea Holdings Corp.    Case number (if known) 20-10361
         (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    CORPORATE WEBSITE, WWW.HYGEAHOLDINGS.COM | | N/A | UNDETERMINED |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| NONE | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| NONE | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1.    OTHER INTANGIBLES | $32,662.00 | NET BOOK VALUE | $32,662.00 |
| **65. GOODWILL** | | | |
| 65.1.    GOODWILL | $709,900.00 | NET BOOK VALUE | $709,900.00 |
| 65.2.    INVESTMENT IN SUBSIDIARIES | $3,990,000.00 | NET BOOK VALUE | $3,990,000.00 |
| **66 Total of Part 10.**  ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | $4,732,562.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| NONE | |
| **72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| FEDERAL NOL APPROXIMATELY $30,541,086.00    Tax year  2017 | UNDETERMINED |
| FEDERAL NOL APPROXIMATELY $55,723,895.00    Tax year  2018 | UNDETERMINED |
| TAX REFUND    Tax year  2018 | $2,817.00 |
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| NONE | |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **Nature of claim**    DECLARATORY RELIEF | |
| **Amount requested**    UNDETERMINED | |
| LIBERTY INSURANCE UNDERWRITERS INC. | UNDETERMINED |
| **75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| | | Current value of debtor's interest |
|---|---|---|

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| | | |
|---|---|---|
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| ARLEEN RICHARDS M.D., P.A. PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| CARDIOLOGY CONSULTANTS OF WEST BROWARD, P.A. PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| MED PLAN LLC PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| MEDICAL CENTER OF WINSTON TOWERS, INC. PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| NORMAN B GAYLIS MD PA PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| PHYSICIAN GROUP OF SOUTH FLORIDA, P.A. PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| PLANTATION PRIMARY CARE PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |
| **Nature of claim** | CAUSE OF ACTION AGAINST PARTIAL ACQUISITION | |
| **Amount requested** | UNKNOWN | |
| SAFIRSTEIN & HOROWITZ, M.D. P.A.  PARTIAL ACQUISITION PAYMENTS | | UNKNOWN |

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| INTERCOMPANY RECEIVABLE-PHYSICIANS CARE CENTERS OF ATLANTA, LLC | $4,278.63 |
| INTERCOMPANY RECEIVABLE-PHYSICIANS CARE CENTERS OF KISSIMMEE, LLC | $918.09 |

| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $8,013.72 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,731.90 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $329,326.25 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $22,550.86 | |

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| 83. | **Investments.** *Copy line 17, Part 4.* | | UNKNOWN | |
|---|---|---|---|---|
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | | N/A |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $4,732,562.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | $8,013.72 | |
| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $5,094,184.73 | **+** 91b | N/A |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $5,094,184.73 |

| **Fill in this information to identify the case:** |
|---|

Debtor    Hygea Holdings Corp.

United States Bankruptcy Court for the:   District of Delaware

Case number   20-10361
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     04/19

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>BRIDGING FINANCE, INC., AS AGENT<br><br>**Creditor's mailing address**<br>77 KING STREET WEST<br>SUITE 2925<br>PO BOX 322<br>TORONTO, ON  M5K 1K7<br>CANADA<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/31/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>AMENDED AND RESTATED CREDIT AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $122,539,899.85 | UNKNOWN |
| 2.2 | **Creditor's name**<br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br><br>**Creditor's mailing address**<br>625 FIRST STREET<br>CEDAR RAPIDS, IA  52401<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/13/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 20170354638<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | UNKNOWN | UNKNOWN |

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |
| 2.3 | **Creditor's name**<br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br><br>**Creditor's mailing address**<br>625 FIRST STREET<br>CEDAR RAPIDS, IA 52401<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/12/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 20170011606<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name**<br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br><br>**Creditor's mailing address**<br>625 FIRST STREET<br>CEDAR RAPIDS, IA 52401<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/3/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 20160281150<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hygea Holdings Corp.                    Case number (if known)    20-10361
          (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Column A** | **Column B** |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.5 | **Creditor's name**<br>IMAGENET CONSULTING LLC<br><br>**Creditor's mailing address**<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/16/2015<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 201503273804<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.6 | **Creditor's name**<br>IMAGENET CONSULTING LLC<br><br>**Creditor's mailing address**<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/16/2015<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 201503273758<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.7 | **Creditor's name**<br>IMAGENET CONSULTING LLC<br><br>**Creditor's mailing address**<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK  73102<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/6/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 201907638642<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name**<br>IMAGENET CONSULTING LLC<br><br>**Creditor's mailing address**<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK  73102<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/21/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 201606298974<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hygea Holdings Corp. | |
|---|---|---|
| | (Name) | Case number (if known) |

| Part 1: | Additional Page |
|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.9 | **Creditor's name**<br>MILNER INC<br><br>**Creditor's mailing address**<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/27/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING<br><br>**Describe the lien**<br>UCC FILING NUMBER - 201700421954<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |

| 2.10 | **Creditor's name**<br>NORMAN B GAYLIS MD PA<br><br>**Creditor's mailing address**<br>21097 NE 27 COURT<br>SUITE 200<br>AVENTURA, FL  33180<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/19/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL OF THE DEBTOR'S ACCOUNTS RECEIVABLE AND ALL OF ITS ASSETS LOCATED IN FLORIDA<br><br>**Describe the lien**<br>UCC FILING NUMBER - 20190782747X<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| 2.11 | **Creditor's name** PRIORITY HEALTHCARE DISTRIBUTION INC **Creditor's mailing address** DBA CURASCRIPT SPECIALITY DISTRIBITION ONE EXPRESS WAY HQ2E04 ST LOUIS, MO  63121 **Creditor's email address** **Date or dates debt was incurred** 1/15/2019 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING **Describe the lien** UCC FILING NUMBER - 20190747271X **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.12 | **Creditor's name** PRIORITY HEALTHCARE DISTRIBUTION INC **Creditor's mailing address** DBA CURASCRIPT SPECIALITY DISTRIBITION ONE EXPRESS WAY HQ2E04 ST LOUIS, MO  63121 **Creditor's email address** **Date or dates debt was incurred** 11/27/2018 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** CERTAIN ASSETS AND/OR PROPERTY OF THE DEBTOR AS DESCRIBED IN THE UNDERLYING UCC FILING **Describe the lien** UCC FILING NUMBER - 20180715921 **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $122,539,899.85 | |

| Fill in this information to identify the case: |
| --- |
| Debtor  Hygea Holdings Corp. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number  20-10361<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | **Priority creditor's name and mailing address**<br>CITY OF ATLANTA DEPARTMENT OF<br>FINANCE<br>OFFICE OF REVENUE<br>55 TRINITY AVENUE SW, SUITE 1350<br>ATLANTA, GA  30303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>CITY OF NEWNAN<br>ATTN: OCCUPATIONAL TAXES<br>25 LAGRANGE ST<br>NEWNAN, GA  30263<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL  32399-0100<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|--------|---------------------|------------------------|----------|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | | |
|-------------|---------------------|--|--|--|

| | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.4**

**Priority creditor's name and mailing address**

FLORIDA DEPT. OF HEALTH - BROWARD COUNTY
BROWARD COUNTY CASHIERS OFFICE
780 SW 24 STREET
FT LAUDERDALE, FL  33315-2643

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.5**

**Priority creditor's name and mailing address**

GEORGIA DEPT OF REVENUE
1800 CENTURY CENTER BLVD., N.E.
ATLANTA, GA  30345-3205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.6**

**Priority creditor's name and mailing address**

NEVADA DEPT OF TAXATION
1550 COLLEGE PKWY
STE 115
CARSON CITY, NV  89706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.7**

**Priority creditor's name and mailing address**

NICA (AKA NICA ONLINE)
PO BOX 14567
TALLAHASSEE, FL  32317-4567

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|-------------|------------------------------------------------------|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|--|-----------------|

**3.1**

**Nonpriority creditor's name and mailing address**

4FRONT CAPITAL PARTNERS, INC.
47 COLBORNE ST
SUITE 301
TORONTO, ON  M5V 1P8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $400,000.00

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2** | **Nonpriority creditor's name and mailing address**
A+ SAFE & SECURE STORAGE INC.
2055 E. IRLO BRONSON MEMORIAL HWY
KISSIMMEE, FL 34744

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.78

---

**3.3** | **Nonpriority creditor's name and mailing address**
AAA COMMUNICATIONS, INC.
PO BOX 3410
BRANDON, FL 33509-3410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$342.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
ALBERTO SANTIAGO
3012 WHITE CEDAR CIR.
KISSIMMEE, FL 34741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.5** | **Nonpriority creditor's name and mailing address**
AMERICAN COLLEGE OF PHYSICIANS, INC. (ACP)
190 N. INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106-1572

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$680.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS COMPANY
1801 NW 66TH AV
STE 103
PLANTATION, FL 33313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,682,500.00

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN MEDICAL ASSOCIATION<br>PO BOX 4198<br>CAROL STREAM, IL 60197-9788<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $840.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>AMERICA'S #1, INC.<br>5220 AUSUITELL RD<br>AUSTELL, GA 30106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $845.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ANA'S CLEANING SERVICE<br>110 S. MOUNTAIN BROOKE DRIVE<br>BALL GROUND, GA 30101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $700.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ANDA INC.<br>C/O SHRAIBERG, LANDAU & PAGE PA<br>2385 N.W. EXECUTIVE CENTER DR.<br>SUITE 300<br>BOCA RATON, FL 33431<br><br>**Date or dates debt was incurred**<br><br>UNKNOWN<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>BDO USA, LLP {FORMERLY GOLDSTEIN SCHECHTER KOCH, P.A.}<br>100 SE 2ND STREET #1700<br>MIAMI, FL 33131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,973.33 |

| Debtor | Hygea Holdings Corp. | | Case number (if known) | 20-10361 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.12**

**Nonpriority creditor's name and mailing address**
BOND CAPITAL
1160-1100 MELVILLE STREET
VANCOUVER, BC  V6E 4A6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,900,000.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
BRUCE ROMANELLO
7320 DELAINEY CT
SARASOTA, FL  34240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
ACQUISITION COST

**Is the claim subject to offset?**
☒ No
☐ Yes

$769,000.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
CARDIOLOGY CONSULTANTS OF WEST BROWARD, P.A.
7050 NW 4TH STE
SUITE 101
FORT LAUDERDALE, FL  33317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$725,000.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
CHAKER CHUCK DAHAN MD
C/O GREY ROBINSON PA
333 S.E. SECOND AVE.
SUITE 3200
MIAMI, FL  33131

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.16**

**Nonpriority creditor's name and mailing address**
CHANGE HEALTHCARE {FORMERLY EMDEON}
PO BOX 572490
MURRAY, UT  84157-2490

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$299.85

---

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**
CHARLES BATSON MD
C/O GREY ROBINSON PA
333 S.E. SECOND AVE.
SUITE 3200
MIAMI, FL 33131

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.18** | **Nonpriority creditor's name and mailing address**
CLAUDIO ARELLANO
13335 SW 124TH STREET
SUITE 115
MIAMI, FL 33186

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000,000.00

---

**3.19** | **Nonpriority creditor's name and mailing address**
CLAUDIO ARELLANO
C/O RITTER CHUSID LLP
5850 CORAL RIDGE DR.
SUITE 201
CORAL SPRINGS, FL 33076

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.20** | **Nonpriority creditor's name and mailing address**
CLIA LABORATORY PROGRAM
PO BOX 3056
PORTLAND, OR 97208-3056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.21** | **Nonpriority creditor's name and mailing address**
CLIFTON LARSON ALLEN LLP
220 S. 6TH STREET, SUITE 300
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$168,914.00

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | **Additional Page** | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>COBLE HEALTH GROUP, INC.<br>3875 ROLAND HAYES PKWY SW<br>CALHOUN, GA 30701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $200,000.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>CRYSTAL SPRINGS WATER<br>PO BOX 660579<br>DALLAS, TX 75266-0579<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190.10 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>CUSTOM COMMUNICATIONS, INC.<br>1330 MINNESOTA AVE<br>WINTER PARK, FL 32789<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $840.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>D' ARRAGAN TRUST ROCKFORD<br>515 E PARK AVE<br>TALLAHASSEE, FL 32301-2524<br><br>**Date or dates debt was incurred**<br>1/31/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DUE TO/FROM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360,500.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>DAVID HERNANDEZ<br>185 SW 7 STREET #3301<br>MIAMI, FL 33130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7.41 |

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES INC.
C/O RICE PUGATCH ROBINSON STORFER & COHEN PLLC
101 N.E. 3RD AVE.
SUITE 1800
FORT LAUDERDALE, FL  33301

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.28** **Nonpriority creditor's name and mailing address**

DR. IRWIN SOLOMON
C/O LAVIN LAW GROUP PA
2670 N.E. 215TH ST.
MIAMI, FL  33180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$274,000.00

---

**3.29** **Nonpriority creditor's name and mailing address**

DR. MIGUEL BURGOS
C/O GREY ROBINSON PA
333 S.E. SECOND AVE.
SUITE 3200
MIAMI, FL  33131

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.30** **Nonpriority creditor's name and mailing address**

DR. VALERIE SOLOMON
C/O LAVIN LAW GROUP PA
2670 N.E. 215TH ST.
MIAMI, FL  33180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$274,000.00

---

**3.31** **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
PO BOX 660481
DALLAS, TX  75266-0481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$336.12

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

FLORIDA DOCTORS INSURANCE CO. (FLDIC)
4655 SALISBURY RD, SUITE 110
JACKSONVILLE, FL 32256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$696.00

---

**3.33** | **Nonpriority creditor's name and mailing address**

FRANZ RAKUSA
C/O COLE, SCOTT & KISSANE PA
9150 S. DADELAND BLVD.
SUITE 1400
MIAMI, FL 33256

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.34** | **Nonpriority creditor's name and mailing address**

GABRIEL PEREZ
C/O COLE, SCOTT & KISSANE PA
9150 S. DADELAND BLVD.
SUITE 1400
MIAMI, FL 33256

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.35** | **Nonpriority creditor's name and mailing address**

GABRIELA & BELLA CASTILLO TRUST
801 NE 167TH STREET
SUITE 306
NORTH MIAMI BEACH, FL 33162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$421,342.99

---

**3.36** | **Nonpriority creditor's name and mailing address**

GAYLIS, NORMAN B, MD
21097 NE 27TH COURT
SUITE 200
AVENTURA, FL 33180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000,000.00

---

| Debtor | Hygea Holdings Corp | Case number (if known) | 20-10361 |
| --- | --- | --- | --- |

(Name)

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>GE CAPITAL<br>PO BOX 4586<br>NEW YORK, NY  10163-4586<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,431.68 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>GENESIS RESEARCH INTERNATIONAL LLC<br>C/O GREY ROBINSON PA<br>333 S.E. SECOND AVE.<br>SUITE 3200<br>MIAMI, FL  33131<br><br>**Date or dates debt was incurred**<br>UNKNOWN<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>HORTENCE ROSARIO<br>2202 NW 195 STREET<br>MIAMI GARDENS, FL  33056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>HSBT ENTERPRISES, INC.<br>3000 HIGH RIDGE RD. # 12<br>BOYTON BEACH, FL  33426-8771<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,040.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>INTEGRATED HEALTHCARE RESOURCES LTD.<br>C/O HARVEY D. ROGERS PA<br>44 W. FLAGLER ST.<br>SUITE 1100<br>MIAMI, FL  33130<br><br>**Date or dates debt was incurred**<br>UNKNOWN<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.42**

**Nonpriority creditor's name and mailing address**

J.L. QUALITY COMPANIES OF FLORIDA
PO BOX 2437
GOLDENROD, FL 32733

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,484.00

---

**3.43**

**Nonpriority creditor's name and mailing address**

JANE COHEN, MD
1801 NE 123RD STREET
SUITE 405
NORTH MIAMI BEACH, FL 33181

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,800,000.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

JOSE PRIDA TRUST
801 NE 167TH STREET
SUITE 306
NORTH MIAMI BEACH, FL 33162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,106,714.95

---

**3.45**

**Nonpriority creditor's name and mailing address**

KARP SOLUTIONS, LLC
304 INDIAN TRACE, SUITE 105
WESTON, FL 33326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,868.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

KATALYST FP LLC
283 COMMACK ROAD
SUITE 215
COMMACK, NY 11725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200,000.00

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
| | (Name) | | |

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.47** **Nonpriority creditor's name and mailing address**
KATALYST FP LLC
C/O JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA
FIFTH FLOOR
GARDEN CITY, NY  11530

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.48** **Nonpriority creditor's name and mailing address**
KEITH COLLINS
8700 W. FLAGLER STREET, SUITE 280
MIAMI, FL  33174

**Date or dates debt was incurred**

1/31/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DUE TO/FROM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $25,000.00

---

**3.49** **Nonpriority creditor's name and mailing address**
KONICA MINOLTA BUSINESS SOLUTIONS USA, INC.
DEPT 2366
PO BOX 122366
DALLAS, TX  75312-2366

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $445.90

---

**3.50** **Nonpriority creditor's name and mailing address**
LABCORP CORPORATION OF AMERICA
PO BOX 12140
BURLINGTON, NC  27216-2140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,309.60

---

**3.51** **Nonpriority creditor's name and mailing address**
LANE ELECTRONICS & ALARM SYSTEMS, INC.
667 HAROLD AVENUE
WINTER PARK, FL  32789

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $63.90

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
| | (Name) | |

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |
| | | | | Amount of claim |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $293.01 |
| --- | --- | --- | --- |
| | LIBERTY MUTUAL INSURANCE<br>PO BOX 2051<br>KEENE, NH  03431-7051 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88,500.00 |
| --- | --- | --- | --- |
| | MANUEL  R IGLESIAS<br>8750 NW 36TH ST.<br>MIAMI, FL  33178 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>1/31/2020 | **Basis for the claim:**<br>DUE TO/FROM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| --- | --- | --- | --- |
| | MANUEL IGLESIAS<br>8750 NW 36TH ST.<br>MIAMI, FL  33178 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>1/31/2020 | **Basis for the claim:**<br>DUE TO/FROM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,858.36 |
| --- | --- | --- | --- |
| | MCKESSON MEDICAL-SURGICAL INC.<br>PO BOX 660266<br>DALLAS, TX  75266-0266 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000,000.00 |
| --- | --- | --- | --- |
| | MED PLAN LLC<br>6840 SW 40TH STREET<br>SUITE 202A<br>MIAMI, FL  33155 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PUT OPTION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Hygea Holdings Corp    Case number (if known) 20-10361

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00

MEDICAL WASTE SOLUTIONS OF GEORGIA LLC
411 PACIFIC AVE
BREMEN, GA 30110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | $99.94

METROLINEDIRECT.COM
2250 MEIJER DRIVE
TROY, MI 48084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | $323,333.00

MICHAEL E HOROWITZ, MD
4302 ALTON ROAD
SUITE 320
MIAMI BEACH, FL 33140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PUT OPTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | $114.00

MICRO FORMAT, INC.
830-3 SETON COURT
WHEELING 60090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | $113.82

MONITRONICS
DEPT CH 8628
PALNATINE, IL 60055-8628

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

---

**3.62**   **Nonpriority creditor's name and mailing address**

N5HYG, LLC
C/O ALBRIGHT STODDARD WARNICK & ALBRIGHT
801 S. RANCHO DR.
SUITE D-4
LAS VEGAS, NV  81904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$600,000.00

---

**3.63**   **Nonpriority creditor's name and mailing address**

NELSON MULLINS RILEY & SCARBOROUGH LLP
2 SOUTH BISCAYNE BLVD.
21ST FLOOR
MIAMI, FL  33131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400,000.00

---

**3.64**   **Nonpriority creditor's name and mailing address**

NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC
18111 VAN KARMAM
STE 700
IRVINE, CA  92612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,766,072.96

---

**3.65**   **Nonpriority creditor's name and mailing address**

NORTHERN LEASING SYSTEMS, INC.
132 W 31ST STREET, 14TH FLOOR
NEW YORK, NY  10001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.24

---

**3.66**   **Nonpriority creditor's name and mailing address**

OFFICE ALLY
PO BOX 872020
VANCOUVER, WA  98687

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.10

---

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.67**

**Nonpriority creditor's name and mailing address**

ORLANDO MUREY
PO BOX 162064
MIAMI, FL  33116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

P&E BEST SERVICES CORP
ACCTS RECEIVABLE
5213 SW 122ND TERRACE
COOPER CITY, FL  33330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.69**

**Nonpriority creditor's name and mailing address**

PARAMOUNT FINANCIAL SERVICES
6991 E. CAMELBACK ROAD, SUITE D-218
SCOTTSDALE, AZ  85251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$377.95

---

**3.70**

**Nonpriority creditor's name and mailing address**

PARTHENIA EVETTE BEASLEY
168 CALICO LOOP
GRANTVILLE, GA  30220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.71**

**Nonpriority creditor's name and mailing address**

PAYCHECK
PO BOX 4482
CAROL STREAM, IL  60197-4482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.00

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address**<br>PEDRIENES HOLDINGS, LLC<br>590 MADISON AVE<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br>1/31/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DUE TO/FROM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,000.00 |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>PHYSICIANS CARE CENTERS OF ATLANTA, LLC<br>8700 W FLAGLER STREET, SUITE 280<br>MIAMI, FL 33174<br><br>**Date or dates debt was incurred**<br>1/31/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,278.63 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>PHYSICIANS CARE CENTERS OF KISSIMMEE, LLC<br>8700 W FLAGLER STREET, SUITE 280<br>MIAMI, FL 33174<br><br>**Date or dates debt was incurred**<br>1/31/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $918.09 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>PHYSICIANS GROUP ALLIANCE, LLC<br>8700 W FLAGLER STREET, SUITE 280<br>MIAMI, FL 33174<br><br>**Date or dates debt was incurred**<br>1/31/2020<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $145,000.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>PITNEY BOWES<br>PITNEY BOWES, INC.<br>PO BOX 371896<br>PITTSBURGH, PA 15250-7896<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $154.51 |

| Debtor | Hygea Holdings Corp. | Case number (if known) 20-10361 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>PITNEY BOWES PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,796.81 |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>PRIMUM ALTERNATIVES, INC.<br>7520 SW 57TH AVENUE<br>SUITE J<br>MIAMI, FL 33143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PUT OPTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,200,000.00 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>PRIORITY HEALTHCARE DISTRIBUTION INC.<br>2297 SOUTHWEST BLVD<br>SUITE D<br>GROVE CITY, OH 43123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,172,080.00 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>PROSTINE CLEAN, LLC<br>850 PERTH PLACE APT 301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $740.00 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>PURE WATER TECHNOLOGY OF GEORGIA, LLC<br>1650 OAKBROOK DRIVE #480<br>NORCROSS, GA 30093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $224.54 |

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |

| | | | Amount of claim |
|---|---|---|---|

**3.82** | **Nonpriority creditor's name and mailing address**
QUALITY CARE PRODUCTS, LLC
6920 HALL ST.
HOLLAND, OH  43528

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.83** | **Nonpriority creditor's name and mailing address**
QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA  19101-0600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.31

---

**3.84** | **Nonpriority creditor's name and mailing address**
RAUL TAMAYO
C/O GREY ROBINSON PA
333 S.E. SECOND AVE.
SUITE 3200
MIAMI, FL  33131

**Date or dates debt was incurred**
UNKNOWN

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.85** | **Nonpriority creditor's name and mailing address**
READYREFRESH BY NESTLE
PO BOX 856680
LOUISVILLE, KY  40285

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.62

---

**3.86** | **Nonpriority creditor's name and mailing address**
RETRIEVEX (DBA ACCESS)
PO BOX 782998
PHILADELPHIA, PA  19178-2998

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,958.74

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

RICOH USA, INC.
70 VALLEY STREAM PARKWAY
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,033.45

---

**3.88** | **Nonpriority creditor's name and mailing address**

RICOH USA, INC. {FORMERLY GE CAPITAL C/O RICOH USA PROGRAM}
70 VALLEY STREAM PARKWAY
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68.32

---

**3.89** | **Nonpriority creditor's name and mailing address**

RIGHT NOW AIR SOLUTIONS
7327 NW 54TH STREET
MIAMI, FL 33166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.90** | **Nonpriority creditor's name and mailing address**

RX ULTRASOUND RESOURCES, INC.
516 S. DILLARD STREET
WINTER GARDEN, FL 34787-4731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,424.80

---

**3.91** | **Nonpriority creditor's name and mailing address**

SHUTLANDER LLC
801 NE 167TH STREET
SUITE 306
NORTH MIAMI BEACH, FL 33162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED LOAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,106,714.95

---

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,214.85 |

**Nonpriority creditor's name and mailing address**
STERICYCLE, INC.
BILLING DEPT.
PO BOX 6582
CAROL STREAM, IL 60197-6582

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $6,214.85

---

3.93 **Nonpriority creditor's name and mailing address**
TELECHECK SERVICES, INC.
5565 GLENRIDGE CONNECTOR, NE
ATLANTA, GA 30342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $126.81

---

3.94 **Nonpriority creditor's name and mailing address**
TOWNE PARK, LLC
340 BOULEVARD NE, SUITE 335
ATLANTA, GA 30312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,264.00

---

3.95 **Nonpriority creditor's name and mailing address**
ULTIMATE WATER
PO BOX 677784
DALLAS, TX 75267-7784

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $37.28

---

3.96 **Nonpriority creditor's name and mailing address**
UNITED PARCEL SERVICE (UPS)
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $69.51

| Debtor | Hygea Holdings Corp. | Case number (if known) | 20-10361 |
|--------|----------------------|------------------------|----------|
|        | (Name)               |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

VITALGENIX HEALTH AND WELLNESS LLC
C/O GREY ROBINSON PA
333 S.E. SECOND AVE.
SUITE 3200
MIAMI, FL 33131

**Date or dates debt was incurred**

UNKNOWN

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00

WASHINGTON STATE TREASURE
PO BOX 40200
OLYMPIA, WA 98504-0200

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $381,032.09

WEIRFOULDS LLP
66 WELLINGTON STREET WEST, SUITE 4100
P.O. BOX 35, TD BANK TOWER
TORONTO, ON M5K 1B7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,720,643.24

WILLIAM STEELE HOLDINGS, LLC
251 N.W. 23RD ST.
MIAMI, FL 33127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|--|--|------------------------|

**5a.** Total claims from Part 1 | **5a.** | UNKNOWN

**5b.** Total claims from Part 2 | **5b.** + | $63,328,056.53

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c. | **5c.** | $63,328,056.53

| **Fill in this information to identify the case:** |
| :--- |

Debtor    Hygea Holdings Corp.

United States Bankruptcy Court for the:  District of Delaware

Case number   20-10361
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| :--- | :--- | :--- | :--- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SERVICES AGREEMENT | AETNA<br>ATTN VP, NETWORK<br>1240 CONCORD TERRACE<br>SUNRISE, FL  33323 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED CREDIT AGREEMENT DTD 1/31/2017 | BRIDGING FINANCE, INC., AS AGENT<br>77 KING STREET WEST<br>SUITE 2925<br>PO BOX 322<br>TORONTO, ON  M5K 1K7<br>CANADA |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT SERVICES AGREEMENT | CARDIOLOGY CONSULTANTS OF WEST BROWARD PA<br>ATTN JOEL JANCKO, MD & FREDERICK CHALEFF, MD<br>7050 NW 4TH ST, STE 101<br>FORT LAUDERDALE, FL  33317 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   10/31/2023<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 11/1/2018 | FISCHER FAMILY TRUST<br>ATTN: ROBERT FISCHER, TRUSTEE<br>595 OAK COMMONS BLVD, STE B<br>KISSIMMEE, FL  34741 |

Debtor    Hygea Holdings Corp    Case number (if known)    20-10361

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE AGREEMENT DTD 11/1/2019 | FLAGLER WEST CORPORATE CENTER, LLC<br>8700 W. FLAGLER STREET, SUITE 175<br>MIAMI, FL  33174 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE AGREEMENT DTD 5/8/2019 | FLAGLER WEST CORPORATE CENTER, LLC<br>8700 W. FLAGLER STREET, SUITE 175<br>MIAMI, FL  33174 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATTACHMENT A MEDICAL AND/OR HEALTHCARE SERVICES | FLORIDA MED HEALTH NETWORK LLC<br>ATTN PRESIDENT<br>1806 N FLAMINGO RD, STE 285<br>PEMBROKE PINES, FL  33028 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 5/1/2015 | METROWEST MEDICAL CENTER LLC<br>7251 UNIVERSITY BLVD, STE 300<br>WINTER PARK, FL  32792 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | NIEVES, ALEXANDER TIRADO, PA-C<br>150 NW 168TH ST, STE 301<br>NORTH MIAMI BEACH, FL  33169 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETAIL LEASE AGREEMENT DTD 7/19/2019 | PALM SQUARE CENTER LLC<br>ATTN: HERVE BARBERA<br>701 BRICKELL AVENUE, SUITE 2040<br>MIAMI, FL  33131 |

| Debtor | Hygea Holdings Corp | | Case number (if known) | 20-10361 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | PATINO, IVAN<br>12300 SW 103 PASSAGE<br>MIAMI, FL 33169 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | PEREZ, GABRIEL<br>7520 SW 57TH AVE, STE J<br>MIAMI, FL 33143 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | PERSAUD, EWAUL B, JR, MD<br>3885 PRINCETON LAKES WAY, STE 412<br>ATLANTA, GA 30331 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | RAKUSA, FRANZ<br>7520 SW 57TH AVE, STE J<br>MIAMI, FL 33143 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | SAFIRSTEIN & HOROWITZ MD PA<br>4302 ALTON RD, STE 540<br>MIAMI BEACH, FL 33140 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE EXTENSION AND AMENDMENT TO LEASE AGREEMENT DTD 3/1/2018 AMENDS LEASE AGREEMENT DTD 1/1/2010, AS AMENDED | SUNRISE MEDICAL PARK LLC<br>C/O LEVY REALTY ADVISORS INC<br>ATTN: ALAN LEVY<br>4901 NW 17TH WAY, #103<br>FORT LAUDERDALE, FL 33309 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

Debtor    Hygea Holdings Corp.                                   Case number (if known)    20-10361

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE EXTENSION AND AMENDMENT TO LEASE AGREEMENT DTD 3/1/2018 AMENDS LEASE AGREEMENT DTD 1/1/2010, AS AMENDED | SUNRISE MEDICAL PARK LLC C/O LEVY REALTY ADVISORS INC ATTN: ALAN LEVY 4901 NW 17TH WAY, #103 FORT LAUDERDALE, FL  33309 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |

Debtor    Hygea Holdings Corp.

United States Bankruptcy Court for the:   District of Delaware

Case number   20-10361
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

4/19

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1.**   **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.**   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1   ALL CARE MANAGEMENT SERVICES, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.2   FIRST HARBOUR HEALTH MANAGEMENT, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.3   FLORIDA GROUP HEALTHCARE, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.4   GEMINI HEALTHCARE FUND, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.5   HYGEA ACQUISITION LONGWOOD, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.6   HYGEA HEALTH HOLDINGS, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.7   HYGEA IGP OF CENTRAL FLORIDA, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.8   HYGEA IGP, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.9   HYGEA MEDICAL CENTERS OF FLORIDA, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.10   HYGEA MEDICAL PARTNERS, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.11   HYGEA OF DELAWARE, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL 33174 | BRIDGING FINANCE, INC., AS AGENT | ☑ D ☐ E/F ☐ G |

| Debtor | Hygea Holdings Corp. | | Case number (if known) | 20-10361 |
| | (Name) | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | HYGEA OF GEORGIA, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | HYGEA OF PEMBROKE PINES, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 | HYGEA PRIMUM ACQUISITION, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.15 | MEDLIFE ACTIVITY CENTER, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 | MOBILE CLINIC SERVICES, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 | PALM A.C. MSO, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.18 | PALM ALLCARE MEDICAID MSO, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | PALM ALLCARE MSO, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | PALM MEDICAL NETWORK, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | PALM MSO SYSTEM, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | PALM PGA MSO, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.23 | PHYSICIAN MANAGEMENT ASSOCIATES EAST COAST, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.24 | PHYSICIAN MANAGEMENT ASSOCIATES SE, LLC | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | PROFESSIONAL HEALTH CHOICE, INC. | 8700 W. FLAGLER STREET, SUITE 280 MIAMI, FL  33174 | BRIDGING FINANCE, INC., AS AGENT | ☒ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Hygea Holdings Corp.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-10361</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
<span style="float:right">04/19</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/1/2020
       MM / DD / YYYY

**X** _____
Signature of individual signing on behalf of debtor

Keith Collins, M.D.
Printed name

Chief Executive Officer
Position or relationship to debtor