IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
HYGEA HOLDINGS CORP., *et al.*, : Case No. 20-10361 (KBO)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------- x

**NOTICE OF FILING OF MONTHLY OPERATING REPORT
FOR THE PERIOD OF FEBRUARY 19, 2020 THROUGH MARCH 31, 2020**

PLEASE TAKE NOTICE that, on April 24, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware the Debtors' Monthly Operating Report for the Period of February 19, 2020 through March 31, 2020, a copy of which is attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

60437/0001-20305711v1

2

Dated: Wilmington, Delaware
       April 24, 2020

                        COLE SCHOTZ P.C.

                        */s/ J. Kate Stickles*
                        J. Kate Stickles (I.D. No. 2917)
                        500 Delaware Avenue, Suite 1410
                        Wilmington, Delaware 19801
                        Telephone: (302) 652-3131
                        Facsimile: (302) 652-3117
                        kstickles@coleschotz.com

                        – and –

                        Michael D. Sirota (admitted *pro hac vice*)
                        Felice R. Yudkin (admitted *pro hac vice*)
                        Jacob S. Frumkin (admitted *pro hac vice*)
                        Michael Trentin (admitted *pro hac vice*)
                        25 Main Street
                        Hackensack, New Jersey 07601
                        Telephone: (201) 489-3000
                        Facsimile: (201) 489-3479

                        *Counsel for Debtors and*
                        *Debtors-in-Possession*