EXHIBIT A

Monthly Operating Report

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.  
Debtors

Case No. 20-10361 (KBO)  
Reporting Period: February 19, 2020 to March 31, 2020

Monthly Operating Report For the Period  
From February 19, 2020 to March 31, 2020

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Declaration Regarding the Status of Bank Reconciliations | MOR-1a(Dec) | X | |
| Schedule of Cash Disbursements by Legal Entity and Estimated Trustee Fees | MOR-1b | X | |
| Declaration Regarding the Schedule of Cash Disbursements | MOR-1b(Dec) | X | |
| Schedule of Professional Fees Paid | MOR-1c | X | |
| Copies of Bank Statements | | | |
| Cash Disbursements Journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-Petition Taxes | MOR-4a | X | |
| Declaration Regarding the Status of Post-Petition Taxes | MOR-4a | X | |
| Copies of IRS Form 6123 or Payment Receipt | | | |
| Copies of Tax Returns Filed during Reporting Period | | | |
| Consolidated Aging of Accounts Payable not Subject to Compromise | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format that has been approved by the Office of the United States Trustee for the District of Delaware. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Keith Collins_  
Signature of Authorized Individual

Date: 4/24/2020

Keith Collins  
Printed Name of Authorized Individual

Authorized Signatory  
Title of Authorized Individual

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: HYGEA HOLDINGS CORP., et. al. | Case No. 20-10361 (KBO) |
| Debtors | Reporting Period: February 19, 2020 to March 31, 2020 |

### General Notes

*Debtor-in-Possession Financial Statements*

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information is subject to changes, and these changes will be material.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee for the District of Delaware.

*Liabilities Subject to Compromise*

As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a chapter 11 plan. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a settlement, compromise, or chapter 11 plan. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise have been reported at the amounts expected to be allowed as claims, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

*Reorganization Items*

Expenses and income directly associated with the chapter 11 filings have been reported separately in the income statement as reorganization items. Reorganization items include expenses related to legal advisory and representation services, other professional consulting and advisory services, debtor-in-possession financing fees and changes in liabilities subject to compromise.

**In re: HYGEA HOLDINGS CORP., et. al.**  Case No. 20-10361 (KBO)
**Debtors**  Reporting Period: February 19, 2020 to March 31, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
**MOR-1**
**CONSOLIDATED STATEMENT OF CASH FLOWS**
For the period February 19, 2020 through March 31, 2020
(US Dollars in Thousands)
(Unaudited)

|  | CF Period<br>February 15, 2020 thru<br>March 27, 2020 (1) |
|---|---:|
| **Receipts:** |  |
| Fee-for-Service and Capitation | $ 1,043.8 |
| Management Services Organizations | 1,832.5 |
| Other | - |
| **Total Receipts** | **2,876.3** |
|  |  |
| **Operating Disbursements:** |  |
| Payroll and Related | 1,651.5 |
| Contractors | 150.8 |
| Insurance | 16.4 |
| Other Operating | 1,217.3 |
| **Total Operating Disbursements (includes non-debtors)**[(2)] | **3,035.9** |
|  |  |
| **Operating Cash Flow** | **(159.6)** |
|  |  |
| Restructuring Professional Fees | - |
|  |  |
| **Cash flow before funding** | **(159.6)** |
|  |  |
| **Funding by Bridging Finance** | 1,453.7 |
|  |  |
| **Cash flow after funding** | **1,294.1** |
|  |  |
| **Cash Balance:** |  |
| Beginning book cash balance | 70.1 |
| Cash flow | 1,294.1 |
| **Ending book cash balance** | **1,364.1** |
| Outstanding checks and obligations | 392.3 |
| **Ending bank cash balance** | **1,756.4** |
|  |  |
| **DIP Balance:** |  |
| Beginning DIP balance | - |
| Borrowing / (repayment) | 1,453.7 |
| **Ending DIP balance** | $ **1,453.7** |

Notes:
(1) The period presented is based on calendar weeks and includes receipts and disbursements from February 15, 2020 through March 27, 2020, in line with the Company's cash flow reporting cadence.
(2) For the period February 15, 2020 through March 27, 2020, operating disbursements to non-debtors totaled $286k.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.  
Debtors

Case No. 20-10361 (KBO)  
Reporting Period: February 19, 2020 to March 31, 2020

**MOR-1a: BANK RECONCILIATIONS[1]**  
(US Dollars in Thousands)

| Legal Entity (Debtor: D, Non-Debtor: ND) | Bank Name | Account Description | Acct Number (last 4 digits only) | Book Balance (USD 000s) |
|---|---|---|---|---|
| Sussman & Staller M.D., P.A. (ND) | Bank of America | Fee for Service Receipts and Operating Disbursements | 0610 | $ 68.36 |
| Amir Fahmy M.D., P.A. d/b/a Family Medical Center (ND) | Bank of America | Fee for Service Receipts and Operating Disbursements | 0490 | 6.72 |
| First Harbour Health Management, LLC (D)[2] | Bank of Ozarks | Management Services Organization Receipts (Humana) and Operating Disbursements | 8399 | 1.68 |
| First Harbour Medical Centers, LLC (D)[2] | Bank of Ozarks | Fee for Service Receipts and Operating Disbursements | 8718 | 30.50 |
| First Harbour Health Management, LLC (D)[3] | City National Bank | Management Services Organization Receipts (Humana) and Operating Disbursements | 5513 [3] | 592.34 |
| First Harbour Medical Centers, LLC (D)[3] | City National Bank | Fee for Service Receipts and Operating Disbursements | 3776 [3] | 0.51 |
| Cardiology Consultants of West Broward, P.A. (ND) | Chase | Fee for Service Receipts and Operating Disbursements | 0792 | 63.48 |
| Hygea Health Holdings Inc. (D) | City National Bank | Payroll | 0630 | 5.98 |
| Hygea Health Holdings Inc. (D) | City National Bank | Fee for Service Receipts and Operating Disbursements | 3367 | (10.43) |
| Atlanta Cardiology and Primary Care PC (ND) | City National Bank | Operating Disbursements | 4145 | (9.10) |
| Palm Medical Network, LLC (D) | City National Bank | Operating Disbursements | 6164 | 111.46 |
| Primum Healthcare, LLC (D) | City National Bank | Operating Disbursements | 7278 | 0.23 |
| Solomon & Solomon Medical Clinic LLC (ND) | City National Bank | Fee for Service Receipts and Operating Disbursements | 7320 | 74.00 |
| Hygea Health Holdings Inc. (D) | City National Bank | Utilities Deposit | 3138 | 16.85 |
| Hygea Holdings Corp. (D) | Fifth Third Bank | FFS/OD | 1213 | (0.06) |
| Hygea Holdings Corp. (D) | Fifth Third Bank | Limited ACH Activity | 1221 | - |
| Mid Florida Adult Medicine, LLC (ND) | Regions | Fee for Service Receipts and Operating Disbursements | 0786 | 1.61 |
| Premier South Medical Group, P.C. (ND) | Suntrust | Fee for Service Receipts and Operating Disbursements | 2703 | 12.02 |
| Amir Fahmy M.D., P.A. d/b/a Family Medical Center (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 1094 | 108.22 |
| Florida Institute of Health, Ltd., L.L.L.P. (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 7208 | - |
| Florida Institute of Health, Ltd., L.L.L.P. (ND) | Wells Fargo | Operating Disbursements | 5586 | - |
| Florida Institute of Health, Ltd., L.L.L.P. (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 5340 | - |
| Hygea Health Holdings Inc. (D) | Wells Fargo | Management Services Organization Receipts (Careplus) and Operating Disbursements | 6859 | (0.17) |
| Mid Florida Adult Medicine, LLC (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 9555 | 26.69 |
| Palm Medical Network, LLC (D) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 1809 | (0.12) |
| Physicians Care Centers of Atlanta, LLC (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 9112 | (2.45) |
| Physicians Care Centers of Kissimmee, LLC (ND) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 1375 | 22.02 |
| Physicians Group Alliance of South Florida, LLC (ND) | Wells Fargo | Fee for Service Receipts | 7840 | 2.41 |
| Professional Health Choice, Inc. (D) | Wells Fargo | Fee for Service Receipts and Operating Disbursements | 1510 | 5.52 |
| Professional Health Choice, Inc. (D) | Wells Fargo | Operating Disbursements | 0667 | 0.21 |
| Professional Health Choice, Inc. (D) | Wells Fargo | Operating Disbursements | 1455 | 0.20 |
| Gemini Healthcare Fund (D) | City National Bank | Operating Disbursements | 9591 | 0.67 |
| Medical Center of Winston Towers, Inc. (ND) | Suntrust | Operating Disbursements | 3790 | 32.51 |
| Mobile Clinic Services, LLC (D) | Chase | Operating Disbursements | 6760 | 2.91 |
| Florida Group Healthcare, LLC (D) | Fifth Third Bank | Operating Disbursements | 8890 | 0.53 |
| **Total** | | | | **1,165.28** |

Notes:  
(1) Balances listed above are as of March 31, 2020, month-end.  
(2) These accounts are with a bank that is not a party to a Uniform Depository Agreement with the U.S. Trustee and are in the process of being closed. Company is working with insurance carriers to change incoming ACH activity from Bank of the Ozarks to City National Bank, which is expected to be completed in 30 days. In the interim, cash is swept from existing Bank of the Ozarks accounts to the newly created City National Bank accounts.  
(3) Newly created City National Bank accounts, replacing Bank of Ozarks accounts.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.
Debtors

Case No. 20-10361 (KBO)
Reporting Period: February 19, 2020 to March 31, 2020

### MOR 1a(Dec): DECLARATION REGARDING THE STATUS OF BANK RECONCILIATIONS

Keith Collins, MD hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Executive Officer of HYGEA HOLDINGS CORP and an authorized signatory for each of the debtors and debtors-in-possession (collectively, the "Debtors"). In that capacity, I am familiar with the above-captioned Debtors' day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2. The Debtors submit the Declaration regarding bank reconciliations in lieu of providing copies of bank reconciliation schedules.

3. All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors and the professionals retained by the Debtors in these chapter 11 cases, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees and professionals of the Debtors or opinion.

4. The Debtors have approximately $1.2 million in cash as of March 31, 2020. Copies of bank reconciliation schedules are available for inspection upon request by the Office of the United States Trustee.

Dated: April 24, 2020

_____
By: Keith Collins
Title: Authorized Signatory

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: HYGEA HOLDINGS CORP., et. al. | Case No. 20-10361 (KBO) |
|---|---|
| Debtors | Reporting Period: February 19, 2020 to March 31, 2020 |

**MOR-1b: SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY** [1], [2], [3]
(US Dollars in Thousands)

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements |
|---|---|---|---|
| All Care Management Services, Inc. | 20-10363 | | $ - |
| First Harbour Health Management, LLC | 20-10364 | | 464.34 |
| First Harbour Medical Centers, LLC | 20-10365 | | 30.22 |
| Florida Group Healthcare, LLC | 20-10366 | | - |
| Gemini Healthcare Fund, LLC | 20-10367 | | - |
| Hygea Acquisition Longwood, LLC[4] | 20-10368 | | - |
| Hygea Acquisition Orlando, LLC[4] | 20-10369 | | - |
| Hygea Health Holdings, Inc. | 20-10362 | | 2,250.13 |
| Hygea Holdings Corp. | 20-10361 | | 1.61 |
| Hygea IGP of Central Florida, Inc.[4] | 20-10371 | | - |
| Hygea IGP, LLC[4] | 20-10370 | | - |
| Hygea Medical Centers of Florida, LLC[4] | 20-10372 | | - |
| Hygea Medical Partners, LLC[4] | 20-10373 | | - |
| Hygea of Delaware, LLC[4] | 20-10360 | | - |
| Hygea of Georgia, LLC[4] | 20-10374 | | - |
| Hygea of Pembroke Pines, LLC[4] | 20-10375 | | - |
| Hygea Primum Acquisition, Inc.[4] | 20-10376 | | - |
| Medlife Activity Center, LLC[4] | 20-10377 | | - |
| Mobile Clinic Services, LLC[4] | 20-10378 | | - |
| Palm A.C. MSO, LLC[4] | 20-10379 | | - |
| Palm Allcare Medicaid MSO, Inc.[4] | 20-10380 | | - |
| Palm Allcare MSO, Inc.[4] | 20-10381 | | - |
| Palm Medical Group, Inc.[4] | 20-10382 | | - |
| Palm Medical MSO LLC[4] | 20-10383 | | - |
| Palm Medical Network, LLC | 20-10384 | | 3.41 |
| Palm MSO System, Inc.[4] | 20-10385 | | - |
| Palm PGA MSO, Inc.[4] | 20-10386 | | - |
| Physician Management Associates East Coast, LLC[4] | 20-10387 | | - |
| Physician Management Associates SE, LLC[4] | 20-10388 | | - |
| Physicians Group Alliance, LLC | 20-10389 | | - |
| Primum Alternatives, Inc.[4] | 20-10390 | | - |
| Primum Healthcare, LLC | 20-10391 | | 0.54 |
| Professional Health Choice, Inc. | 20-10392 | | 0.08 |
| **Total** [5] | | | **2,750.34** |

Notes:

(1) Movements of cash between the Debtors' bank accounts are excluded from disbursements.

(2) Cash disbursements reported above occurred between February 15, 2020 through March 27, 2020, in line with the Company's cash flow reporting cadence.

(3) The Debtors' disbursements by entity fluctuate naturally in the ordinary course each month. While estimates of expenditures for the entirety of the Debtors' operations are made in the ordinary course of the Debtors' operations in order to, among other things, meet budgeting and operational needs, to estimate such expenditures monthly and their implications for the payment of quarterly fees would be time consuming and imprecise, possibly by a material amount. For this reason, the Debtors have not included an estimate of quarterly fees in this report.

(4) Debtors that do not have financial activity.

(5) During the time period, non-debtors had disbursements of $286k, for total disbursements of $3,036k, which equals the disbursements per MOR-1.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.  
Debtors

Case No. 20-10361 (KBO)  
Reporting Period: February 19, 2020 to March 31, 2020

### MOR 1b(Dec): DECLARATION REGARDING THE SCHEDULE OF DISBURSEMENTS

Keith Collins, MD hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Executive Officer of HYGEA HOLDINGS CORP and an authorized signatory for each of the debtors and debtors-in-possession (collectively, the "Debtors"). In that capacity, I am familiar with the above-captioned Debtors' day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2. The Debtors submit the Declaration regarding cash disbursements in lieu of providing copies of the cash disbursements schedules.

3. All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors and the professionals retained by the Debtors in these chapter 11 cases, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees and professionals of the Debtors or opinion.

4. The Debtors have, on a timely basis, disbursed approximately $2.8 million for postpetition amounts and prepetition amounts payable under one or more orders entered by the Bankruptcy Court for the period of February 15, 2020 through March 27, 2020. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Dated: April 24, 2020

_____  
By: Keith Collins  
Title: Authorized Signatory

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: HYGEA HOLDINGS CORP., et. al.**  **Case No. 20-10361 (KBO)**
    **Debtors**  **Reporting Period: February 19, 2020 to March 31, 2020**

**MOR 1c: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
**(US Dollars in Thousands)**

| Payee | Role in the case | Period Covered | Amount Paid 2/19 - 3/31 | | Case-To-Date | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | $ - | $ - | $ - | $ - |

Notes:

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE  
**MOR-2**  
**DEBTOR STATEMENT OF OPERATIONS**  
For the period February 19, 2020 through March 31, 2020  
(US Dollars in Thousands)  
(Unaudited)

| | All Care Management Services, Inc. | First Harbour Health Management, LLC | First Harbour Medical Centers, LLC | Florida Group Healthcare, LLC | Gemini Healthcare Fund, LLC | Hygea Health Holdings, Inc. | Hygea Holdings Corp. | Palm Medical Network, LLC | Physicians Group Alliance, LLC | Primum Healthcare, LLC | Professional Health Choice, Inc. | Non-Debtor Entities | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $ - | $ 1,431 | $ 52 | $ 446 | $ - | $ 68 | $ - | $ 29 | $ - | $ - | $ - | $ 1,323 | $ 3,349 |
| Salaries and Benefits | - | - | - | - | - | 1,502 | - | - | - | - | - | 5 | 1,507 |
| Rent Expense | - | - | 32 | - | - | 75 | - | - | - | - | - | 125 | 232 |
| Insurance Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General and Administrative | - | 511 | 22 | - | 2 | 517 | 3 | (0) | (0) | 0 | 0 | 115 | 1,171 |
| Other Expense | 72 | 121 | 4 | - | 1,191 | 16 | 7 | 16 | 267 | 182 | - | 187 | 2,064 |
| Operating Costs and Expenses | 72 | 632 | 58 | - | 1,193 | 2,110 | 10 | 16 | 267 | 182 | 0 | 432 | 4,973 |
| **Operating Income / (Loss)** | **(72)** | **799** | **(6)** | **446** | **(1,193)** | **(2,041)** | **(10)** | **13** | **(267)** | **(182)** | **(0)** | **891** | **(1,624)** |
| Other (Expense) / Income: | | | | | | | | | | | | | |
| Restructuring Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Chapter 11 Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | - | - | - | - | - | 9 | - | - | - | - | - | 0 | 9 |
| Exchange rate Gain / (loss) | - | - | - | - | - | 4,063 | - | - | - | - | - | - | 4,063 |
| Income / (Loss) Before Taxes | (72) | 799 | (6) | 446 | (1,193) | 2,013 | (10) | 13 | (267) | (182) | (0) | 890 | 2,429 |
| Provision / (Benefit) for Income Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Gain / (Loss)** | **$ (72)** | **$ 799** | **$ (6)** | **$ 446** | **$ (1,193)** | **$ 2,013** | **$ (10)** | **$ 13** | **$ (267)** | **$ (182)** | **$ (0)** | **$ 890** | **$ 2,429** |

Notes:  
(1) All other debtors have been excluded as they do not have financial statements.

In re: HYGEA HOLDINGS CORP., et. al.  
Debtors

Case 20-10361-KBO    Doc 359-1    Filed 04/24/20    Page 11 of 14

Case No. 20-10361 (KBO)  
Reporting Period: February 19, 2020 to March 31, 2020

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE  
**MOR-3**  
**DEBTOR BALANCE SHEETS (1)**  
March 31, 2020  
(US Dollars in Thousands)  
(Unaudited)

| | All Care Manage-ment Services, Inc. | First Harbour Health Manage-ment, LLC | First Harbour Medical Centers, LLC | Florida Group Health-care, LLC | Gemini Health-care Fund, LLC | Hygea Health Holdings, Inc. | Hygea Holdings Corp. | Palm Medical Network, LLC | Physicians Group Alliance, LLC | Primum Healthcare, LLC | Profess-ional Health Choice, Inc. | Elimina-tions | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ (0) | $ 594 | $ 31 | $ 1 | $ 1 | $ 13 | $ (0) | $ 111 | $ - | $ (0) | $ 6 | $ - | $ 756 |
| Inventory | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable - Management Services Organizations | - | 387 | - | 446 | - | - | - | - | - | - | - | - | 833 |
| Accounts Receivable - Fee-for-Service | - | - | 299 | - | - | - | - | 288 | - | - | - | - | 587 |
| Investment | - | - | - | - | - | 24,806 | 3,990 | - | - | - | - | - | 28,796 |
| Prepaid Assets - Ordinary Course | - | - | - | - | - | 171 | - | - | - | - | - | - | 171 |
| Prepaid Assets - Restructuring Fees | - | - | - | - | - | 269 | - | - | - | - | - | - | 269 |
| Other | - | - | 24 | - | - | - | - | (10) | - | - | - | - | 14 |
| Total Current Assets | (0) | 981 | 354 | 447 | 1 | 25,259 | 3,990 | 390 | - | (0) | 6 | - | 31,426 |
| | | | | | | | | | | | | | |
| Property Plant and Equipment | 634 | - | 294 | - | 2,115 | 73 | 5 | 51 | 336 | 1 | - | - | 3,508 |
| Intangibles | (67) | 4,093 | - | - | 18,865 | 1,433 | 3,478 | 356 | 4,030 | 3,442 | 105 | - | 35,735 |
| Goodwill | - | - | - | - | - | - | 710 | 430 | - | 1,089 | - | - | 2,229 |
| Intercompany | 1,946 | 2,534 | - | 239 | - | 31,636 | 362 | 216 | - | 1,140 | 563 | (38,324) | 310 |
| Due to / From Related | - | 2,205 | - | - | - | - | 516 | 13 | - | - | 101 | (4,766) | (1,932) |
| Investment in Subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Assets** | $ 2,512 | $ 9,813 | $ 647 | $ 685 | $ 20,980 | $ 58,400 | $ 9,060 | $ 1,455 | $ 4,367 | $ 5,672 | $ 774 | $ (43,090) | $ 71,276 |
| | | | | | | | | | | | | | |
| **Liabilities:** | | | | | | | | | | | | | |
| Accounts Payable | - | - | 2 | - | - | 112 | 1 | - | - | - | - | - | 115 |
| DIP Financing | - | - | - | - | - | 1,482 | - | - | - | - | - | - | 1,482 |
| Intercompany | - | - | 39 | - | 2 | (0) | 2 | 0 | (0) | - | - | - | 42 |
| Due to / From Related | 6 | - | - | - | - | - | - | - | - | - | - | - | 6 |
| Total Current Liabilities | 6 | - | 41 | - | 2 | 1,595 | 3 | 0 | (0) | - | - | - | 1,646 |
| | | | | | | | | | | | | | |
| **Liabilities Subject to Compromise:** | | | | | | | | | | | | | |
| Accounts Payable & Accrued Expenses | 76 | 6 | 129 | - | 147 | 12,571 | 251 | 11 | - | (1) | 41 | - | 13,230 |
| Note Payable - Short Term | (11) | 1,316 | 448 | - | - | 11,602 | - | - | - | 900 | (22) | - | 14,234 |
| Claims Payable | 10,319 | 3,039 | - | - | - | - | - | - | - | 2,471 | - | - | 15,828 |
| Note Payable - Long Term | - | - | - | - | 10,000 | 119,379 | - | - | - | - | - | - | 129,379 |
| Common Stock to be Issued | 2,119 | - | - | - | - | - | - | - | 12,000 | 3,500 | - | - | 17,619 |
| Intercompany | 100 | - | 1,160 | - | 40,692 | 1,637 | 16,755 | (0) | 28 | - | - | (38,324) | 22,048 |
| Due to / From Related | - | - | - | - | - | 2,791 | 3,892 | 972 | 500 | - | - | (4,766) | 3,389 |
| Total Liabilities Subject to Compromise | 12,603 | 4,361 | 1,738 | - | 50,838 | 147,980 | 20,899 | 983 | 12,528 | 6,869 | 19 | (43,090) | 215,727 |
| | | | | | | | | | | | | | |
| Total Stockholders' Equity | (10,097) | 5,452 | (1,132) | 685 | (29,859) | (91,174) | (11,841) | 472 | (8,161) | (1,197) | 755 | - | (146,097) |
| | | | | | | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | $ 2,512 | $ 9,813 | $ 647 | $ 685 | $ 20,980 | $ 58,400 | $ 9,060 | $ 1,455 | $ 4,367 | $ 5,672 | $ 774 | $ (43,090) | $ 71,276 |

Notes:  
(1) All other debtors have been excluded as they do not have financial statements.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.
Debtors

Case No. 20-10361 (KBO)
Reporting Period: February 19, 2020 to March 31, 2020

### MOR 4a: DECLARATION REGARDING THE STATUS OF POST-PETITION TAXES

Keith Collins, MD hereby declares under penalty of perjury:

1. For the period covered by this report, I was the Chief Executive Officer of HYGEA HOLDINGS CORP and an authorized signatory for each of the debtors and debtors-in-possession (collectively, the "Debtors"). In that capacity, I am familiar with the above-captioned Debtors' day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2. All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors and the professionals retained by the Debtors in these chapter 11 cases, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees and professionals of the Debtors or opinion.

3. To the best of my knowledge and except as otherwise set forth in this Monthly Operating Report, all of the Debtors have filed all necessary federal, state and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or payments) all related required post-petition tax payments.

Dated: April 24, 2020

_____
By: Keith Collins
Title: Authorized Signatory

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: HYGEA HOLDINGS CORP., et. al.**  Case No. 20-10361 (KBO)
Debtors  Reporting Period: February 19, 2020 to March 31, 2020

### MOR-4: SUMMARY OF UNPAID POST-PETITION DEBTS [1][2]
**(US Dollars in Thousands)**

| Debtor Entity | Current | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|
| All Care Management Services, Inc. | $ - | $ - | $ - | $ - | $ - |
| First Harbour Health Management, LLC | - | - | - | - | - |
| First Harbour Medical Centers, LLC | 0.01 | 1.74 | - | - | 1.75 |
| Florida Group Healthcare, LLC | - | - | - | - | - |
| Gemini Healthcare Fund, LLC | - | - | - | - | - |
| Hygea Acquisition Longwood, LLC | - | - | - | - | - |
| Hygea Acquisition Orlando, LLC | - | - | - | - | - |
| Hygea Health Holdings, Inc. | 9.37 | 102.97 | - | - | 112.34 |
| Hygea Holdings Corp. | - | 1.16 | - | - | 1.16 |
| Hygea IGP of Central Florida, Inc. | - | - | - | - | - |
| Hygea IGP, LLC | - | - | - | - | - |
| Hygea Medical Centers of Florida, LLC | - | - | - | - | - |
| Hygea Medical Partners, LLC | - | - | - | - | - |
| Hygea of Delaware, LLC | - | - | - | - | - |
| Hygea of Georgia, LLC | - | - | - | - | - |
| Hygea of Pembroke Pines, LLC | - | - | - | - | - |
| Hygea Primum Acquisition, Inc. | - | - | - | - | - |
| Medlife Activity Center, LLC | - | - | - | - | - |
| Mobile Clinic Services, LLC | - | - | - | - | - |
| Palm A.C. MSO, LLC | - | - | - | - | - |
| Palm Allcare Medicaid MSO, Inc. | - | - | - | - | - |
| Palm Allcare MSO, Inc. | - | - | - | - | - |
| Palm Medical Group, Inc. | - | - | - | - | - |
| Palm Medical MSO LLC | - | - | - | - | - |
| Palm Medical Network, LLC | - | - | - | - | - |
| Palm MSO System, Inc. | - | - | - | - | - |
| Palm PGA MSO, Inc. | - | - | - | - | - |
| Physician Management Associates East Coast, LLC | - | - | - | - | - |
| Physician Management Associates SE, LLC | - | - | - | - | - |
| Physicians Group Alliance, LLC | - | - | - | - | - |
| Primum Alternatives, Inc. | - | - | - | - | - |
| Primum Healthcare, LLC | - | - | - | - | - |
| Professional Health Choice, Inc. | - | - | - | - | - |
| | | | | | - |
| **Total Gross Accounts Payable** | **$ 9.38** | **$ 105.87** | **$ -** | **$ -** | **$ 115.25** |

Notes:
(1) The post-petition accounts payable reported represents open and outstanding trade vendor invoices that: (a) have been entered into the Debtors' accounts payable systems and (b) pre-petition invoices that have been entered into the Debtors' accounts payable systems that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court. This summary does not include accruals for invoices not yet received or for invoices not yet entered into the Debtors' accounts payable system.
(2) The post-petition accounts payable reported does not reflect post-petition payables between/among Debtor entities.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: HYGEA HOLDINGS CORP., et. al.  
Debtors

Case No. 20-10361 (KBO)  
Reporting Period: February 19, 2020 to March 31, 2020

### MOR-5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING [1]
(US Dollars in Thousands)

| Debtor Entity | Current | 0-30 | 31-60 | Over 60 | Total |
|---|---:|---:|---:|---:|---:|
| All Care Management Services, Inc. | $ - | $ - | $ - | $ - | $ - |
| First Harbour Health Management, LLC | 38.73 | 38.73 | 96.83 | 213.03 | 387.33 |
| First Harbour Medical Centers, LLC | 17.24 | 51.10 | 59.10 | 171.15 | 298.58 |
| Florida Group Healthcare, LLC | 44.60 | 44.60 | 111.50 | 245.31 | 446.02 |
| Gemini Healthcare Fund, LLC | - | - | - | - | - |
| Hygea Acquisition Longwood, LLC | - | - | - | - | - |
| Hygea Acquisition Orlando, LLC | - | - | - | - | - |
| Hygea Health Holdings, Inc. | - | - | - | - | - |
| Hygea Holdings Corp. | - | - | - | - | - |
| Hygea IGP of Central Florida, Inc. | - | - | - | - | - |
| Hygea IGP, LLC | - | - | - | - | - |
| Hygea Medical Centers of Florida, LLC | - | - | - | - | - |
| Hygea Medical Partners, LLC | - | - | - | - | - |
| Hygea of Delaware, LLC | - | - | - | - | - |
| Hygea of Georgia, LLC | - | - | - | - | - |
| Hygea of Pembroke Pines, LLC | - | - | - | - | - |
| Hygea Primum Acquisition, Inc. | - | - | - | - | - |
| Medlife Activity Center, LLC | - | - | - | - | - |
| Mobile Clinic Services, LLC | - | - | - | - | - |
| Palm A.C. MSO, LLC | - | - | - | - | - |
| Palm Allcare Medicaid MSO, Inc. | - | - | - | - | - |
| Palm Allcare MSO, Inc. | - | - | - | - | - |
| Palm Medical Group, Inc. | - | - | - | - | - |
| Palm Medical MSO LLC | - | - | - | - | - |
| Palm Medical Network, LLC | 28.82 | 28.82 | 72.06 | 158.52 | 288.22 |
| Palm MSO System, Inc. | - | - | - | - | - |
| Palm PGA MSO, Inc. | - | - | - | - | - |
| Physician Management Associates East Coast, LLC | - | - | - | - | - |
| Physician Management Associates SE, LLC | - | - | - | - | - |
| Physicians Group Alliance, LLC | - | - | - | - | - |
| Primum Alternatives, Inc. | - | - | - | - | - |
| Primum Healthcare, LLC | - | - | - | - | - |
| Professional Health Choice, Inc. | - | - | - | - | - |
| **Total** | **$ 129.39** | **$ 163.25** | **$ 339.49** | **$ 788.01** | **$ 1,420.15** |

Notes:
(1) The above amounts do not include intercompany balances and may not agree to the balance sheet due to foreign currency rates, credits and other items.

**Accounts Receivable Reconciliation:**

| | |
|---|---:|
| Beginning accounts receivable [1] | $ 1,084.01 |
| + Amounts billed during period [2] | 974.08 |
| - Amounts collected during period [2] | (637.94) |
| **Ending accounts receivable** | **$ 1,420.15** |

(1) Beginning accounts receivable per balance sheet of all Debtor entities at month-end Feb 29  
(2) Period billed and collected during month of March.

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. [1] | X | |

(1) Please see note (3) on MOR-1a identifying which accounts were opened.