**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re:                                                       :   Chapter 11
:
:   Case No. 20-10361 (KBO)
HYGEA HOLDINGS CORP., *et al.*,                              :
:   (Jointly Administered)
Debtors.[1]                                                  :
:   **Related to Docket No. 120**
:
------------------------------------------------------------ x

**NOTICE OF FILING OF FIRST**
**AMENDED DISCLOSURE STATEMENT WITH RESPECT TO**
**FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**
**OF HYGEA HOLDINGS CORP. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that, on March 10, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Disclosure Statement with Respect to Joint Chapter 11 Plan of Reorganization of Hygea Holdings Corp. and its Affiliated Debtors [Docket No. 120] (the "Original Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised version of the Original Disclosure Statement (the "May 1 Disclosure Statement"). The May 1 Disclosure Statement is attached hereto as Exhibit A.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850). The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

PLEASE TAKE FURTHER NOTICE that a blackline of the May 1 Disclosure Statement relative to the Original Disclosure Statement is attached hereto as <u>Exhibit B</u>, which blackline reflects all revisions to the Original Disclosure Statement since its filing on March 10, 2020, other than the exhibits.

Dated: Wilmington, Delaware
May 1, 2020

**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (I.D. No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com

– and –

Michael D. Sirota (Admitted *pro hac vice*)
Stuart Komrower (Admitted *pro hac vice*)
Felice R. Yudkin (Admitted *pro hac vice*)
Jacob S. Frumkin (Admitted *pro hac vice*)
Michael Trentin (Admitted *pro hac vice*)
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Counsel for Debtors and Debtors-in-Possession*