## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| HYGEA HOLDINGS CORP., *et al.*, | :    Case No. 20-10361 (KBO) |
| | : |
| Debtors.[1] | :    (Jointly Administered) |
| | : |
| | :    Related Docket Nos. 382 and 404 |
| | : |

---------------------------------------------------------- x

### NOTICE OF FILING OF SUPPLEMENT TO THE
### FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
### OF HYGEA HOLDINGS CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     On February 19, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced chapter 11 cases by filing with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

2.     On May 1, 2020, the Debtors filed the *First Amended Joint Chapter 11 Plan of Reorganization of Hygea Holdings Corp. and Its Affiliated Debtors* [Docket No. 382-1] (as amended, modified, or supplemented from time to time, the "Amended Plan").[2]

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are: All Care Management Services, Inc. (6484); First Harbour Health Management, LLC (0941); First Harbour Medical Centers, LLC (3861); Florida Group Healthcare LLC (7956); Gemini Healthcare Fund, LLC (4928); Hygea Acquisition Longwood, LLC (1649); Hygea Acquisition Orlando, LLC (3507); Hygea Health Holdings, Inc. (8926); Hygea Holdings Corp. (2605); Hygea IGP of Central Florida, Inc. (9453); Hygea IGP, LLC (7724); Hygea Medical Centers of Florida, LLC (5301); Hygea Medical Partners, LLC (4486); Hygea of Delaware, LLC (4830); Hygea of Georgia, LLC (5862); Hygea of Pembroke Pines, LLC (6666); Hygea Primum Acquisition, Inc. (8567); Medlife Activity Center, LLC (2311); Mobile Clinic Services, LLC (9758); Palm A.C. MSO, LLC (2585); Palm Allcare Medicaid MSO, Inc. (6956); Palm Allcare MSO, Inc. (0319); Palm Medical Group, Inc. (5028); Palm Medical MSO LLC (7738); Palm Medical Network, LLC (9158); Palm MSO System, Inc. (2178); Palm PGA MSO, Inc. (8468); Physician Management Associates East Coast, LLC (7319); Physician Management Associates SE, LLC (3883); Physicians Group Alliance, LLC (7824); Primum Alternatives, Inc. (7441); Primum Healthcare, LLC (0157); and Professional Health Choice, Inc. (6850).  The address of the Debtors' corporate headquarters is 8700 W Flagler Street, Suite 280, Miami, FL 33174.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Plan.

3.     In support of the Amended Plan, the Debtors submit this plan supplement (this "Plan Supplement") containing the following documents:

| Exhibit | Plan Supplement Document |
|---------|--------------------------|
| A | Form of New Secured Debt Documents |
| B | Form of Stockholders Agreement |
| C | Corporate Organizational Chart for Reorganized Debtors |
| D | List of Directors of New Board and Officers of Reorganized Debtors |
| E | List of Material Contracts to be Assumed and Assigned |
| F | List of Retained Causes of Action |
| G | List of Dissolved Entities |
| H | Form of Creditors' Trust Agreement |
| I | Identity of Trustee for the Creditors' Trust and Members of Creditors' Trust Oversight Committee |

4.     All exhibits that comprise this Plan Supplement are integral to, and are considered part of, the Amended Plan, but remain subject to final approval by the Court as well as agreement and execution by the parties thereto.  The Debtors reserve all rights to amend, modify or supplement this Plan Supplement and any of the documents attached hereto in accordance with the terms of the Amended Plan.

5.     A hearing to confirm the Amended Plan is scheduled to be held on **June 12, 2020 at 10:00 a.m. (ET),** or as soon thereafter as counsel can be heard, before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801.

6.     The Amended Plan and this Plan Supplement may be examined by any party in interest: (i) between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Court, 824 N. Market St., 2nd Fl., Wilmington, Delaware 19801; (ii) at the Debtors' case website (https://dm.epiq11.com/hygea); or (iii) at the Court's website (http://www.deb.uscourts.gov) (a PACER account is required); or may be obtained by written request to Epiq Corporate Restructuring, LLC ("Epiq"), at hygeatabulation@epiqglobal.com, or by telephoning Epiq at 1-866-897-6433 (Toll Free U.S. and Canada) or 1-646-282-2500 (International).

Dated: Wilmington, Delaware
      May 29, 2020

**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (I.D. No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com

– and –

Michael D. Sirota (admitted *pro hac vice*)
Stuart Komrower (admitted *pro hac vice*)
Felice R. Yudkin (admitted *pro hac vice*)
Jacob S. Frumkin (admitted *pro hac vice*)
Michael Trentin (admitted *pro hac vice*)
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Counsel for Debtors and Debtors-in-Possession*